Complaint

**FILED**

JAN 0 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  Gregory Steven Winthrow
2  2691 Pinecrest Rd
3  Oroville, CA. 95966
4  No phone.

2: 1 2 - CV - 0 0 2 1 LKK CMK PS

5
6  Gregory Steven Winthrow
        plaintiff
7
8  VS. The Government of California. /collaborators
        Defendant(s) All politicians / collaborators
9  All politicians/ John and Jane Does/ post 9/11/2001
10  To the present for the Hate-crime and Warcrime
11  of Genocide and Treason.
12
13  The collaboration of the State Government
14  of California with Mexico has resulted in
15  Acts of treason and Genocide/ post 9/11/2001
16  plaintiff seeks Tribunal
17  x see: Nuremburgh trials  x see: California constitution
     x see: London Agreement.  x see: Prevention of Genocide
18  x see: Geneva covenSigned.  [signature]
19  x see: Geneva Accords.
20
21                 Date  1/4/2012.
22
23
24
25
26

1) SUPERIOR COURT OF THE STATE OF CALIFORNIA. COUNTY of BUTTE.

2) 1 Court st. Oroville, CA., 95965

3) PLAINTIFF: GREGORY STEVEN WITHROW.
   AKA: GREGORY STEVEN TREMAINE.
4) AKA: THE LAST.

5) 2691 Pinecrest rd.
   Oroville, CA., 95965
6)

7) ACTING ATTORNEY: PERSONA PROPIA. PAUPERIS.

8) DEFENDANT: THE STATE of CALIFORNIA, THE GOVERNMENT of CALIFORNIA.
   ALL ACTING POLITICIANS and JUDGES, Jane and John Does etc...
9) POST 9/11 2001, to the present.

10) ADDRESS. STATE CAPITAL BULDING of CALIFORNIA.
    SACRAMENTO, CA., 95814.
11)

12)

13)

14) CHARGE: GENOCIDE.

15)

16)

17)

18)

19)

20)

21)

22)

23)

24)

25)

26)

27)

28)

(COVER SHEET)

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

PLAINTIFF: GREGORY STEVEN WITHROW.
AKA: GREGORY STEVEN TREMAINE.
AKA: THE LAST.
2691 Pinecrest rd.
Oroville, CA., 95966
ACTING ATTORNEY: PERSONA PROPIA FORM of PAUPEROUS.

DEFENDANT: THE STATE of CALIFORNIA.
REPRESENTATIVE GOVERNMENT OFFICIALS.
ALL ACTING POLITICIANS and JUDGES within THE STATE of
CALIFORNIA. POST: 9/11/2001, to the present.
State Capital Building of California, Sacramento, CA., 95814.
CHARGE: GENOCIDE.

1) Genocide on its face. Negligent Genocide. Wrongful genocide.

2) Criminal genocide. Leathal genocide. Harmful genocide.

3) State sponsored genocide. Genocide as a Natural Fact.

4) Genocide as a FACT within Mother Nature. Ongoing genocide.

5) Prevelant genocide. Genocide enacted by The State in The

6) Here and Now. The War-Crime of genocide. The Hate-Crime of

7) genocide. Collabaration and collusion in the commission

8) of State Sponsored Genocide. Violation of The Geneva

9) Convention. Violation of International Treaty to Prevent

10) Genocide. Self-Evident Genocide. Treason after The FACT of

11) war, post 9/11/2001.

12) Genocide of The White Aryan Caucasian Peoples, of European,

13) non-Hispanic descent. Government planned genocide. GENOCIDE.

14) GENOCIDE: The systematic, planned extermination of an

15) entire racial, political or ethnic group.
*American Heritage Dictionary. Third Edition.

16) GENOCIDE: The systematic extermination or destruction of

17) an entire People, or National group.
*Funk & Wagnalls Standard Desk Dictionary. Copyright: 1980.

18) GENOCIDE of THE WHITE ARYAN CAUCASIAN EUROPEAN PEOPLES

19) of CALIFORNIA. THE HATE-CRIME and WAR-CRIME of GENOCIDE.

1)      YOU, The DEFENDANT: Are hereby sued for YOUR LIFE,
2) unto PAIN of DEATH, for The Hate-Crime and War-Crime of
3) GENOCIDE.

4)      That upon Death, You, The Defendant be stripped of all
5) your wordly goods and possessions, of all Titles, Deeds,
6) Properties, etc. be they public, private or personal, and
7) that you be SENTENCED to DEATH, to assuage the grief, pain,
8) suffering, anguish Caused by Your Direct Action or Inaction
9) RESULTING in the Genocide of Plaintiff's Race within The
10) Republic of The State of California, by invitation or
11) allowance of The Mexican Reconquista into The State of
12) California, post 9/11/2001: An ACT of TREASON, after an
13) Act of War upon The United States of America.

14)      For This Cause of Action or Inaction on the part of
15) The Defendant, and/or Defendants being: ALL REPRESENTATIVE
16) GOVERNMENT OFFICIALS. ALL ACTING POLITICIANS  and JUDGES,
17) within The State of California who have served any term of
18) Office; Post 9/11/2001 to the presentation of this lawsuit.
19) All such persons shall hereby be referred to as "DEFENDANT"
20) "defendant", "DEFENDANTS" and/or "defendants".ie:
21) "The Defendant and or Defendants".

22) Plaintiff is Gregory Steven Withrow. AKA: Gregory Steven
23) Tremaine. AKA: The Last, and is "Plaintiff" and/or
24) "PLAINTIFF."

25)      The Cause of this action by Plaintiff against the
26) Defendants is for The Hate-Crime and War-Crime of Genocide.,
27) for Defendants collaboration and collusion within the
28) Government of California for the commission, by action or

1) inaction RESULTING in the Genocide of Plaintiff's species and

2) Race from the State of California. A Crime. Punishable by Death.

3)     For aiding and abbetting The Invading Army from Mexico,

4) referred to as "illegal aliens," which has resulted in the

5) treason, during a National War. Post 9/11/2001.

6) Punishable by Death.

7)     Genocide is Genocide. Death is Death. Extinction is

8) Extinction.

9)     For the Result of genocide inacted upon White, Caucasian,

10) European, Aryan Peoples by The Government of California upon

11) Plaintiff, and Plaintiff's Race, Plaintiff seeks The Death

12) Penalty to assuage such torment and grief.

13)     Defendants have shown extreme negligence, disregard, ongoing

14) irresponcibility, incompetance at best, through action or

15) inaction taken by Defendant Resulting in Genocide. At worse

16) Defendant has at worse collaborated and colluded with the

17) Government of The State of California in the commission through

18) an "educational System" to "Tolerate" The Reconquista Invasion

19) by Mexico and to "tolerate" the Genocide of Plaintiff's Race.

20)     By either means, through action or inaction: THE RESULT

21) REMAINS CONSISTENTLY THE SAME, by plan or negligence, such

22) Government activity or inactivity remains a Constant within

23) Mother Nature and has resulted in a Political Given within

24) Mother Nature, by negligence or by plan,-The RESULT remains

25) to be FACTUAL within Mother Nature: GENOCIDE of Plaintiff's

26) Race and interferernce by the Government to Prevent Such

27) Genocide against Plaintiff's Race. A FACT WITHIN MOTHER

28) NATURE. GENOCIDE.

1)      No Crime, in Mother Nature is more Self-Evident than that

2) of Genocide. Though Defendants will now seek to deny this, due

3) to the Reality of The Defendants Criminal Nature. Furthermore,

4) they shall more than likely Exonerate Themselves and continue

5) to Honor Themselves. Such is The Defendants Criminal Nature.

6)     Such Criminal Nature shall see NOTHING WRONG in replacing

7) Plaintiff's Race with that of another as long as monetary profit

8) can be obtained. Such is the Criminal Behavior of each Defendant.

9)     EVEN THOUGH DEFENDANTS ARE CHARDGED and EVEN THOUGH SUCH

10) GENOCIDE IS PROMOTED AS STATE "DOCTRINE" or "RELIGION."  and

11) shall continue to promote such Genocide, even though this be

12) Genocide in THE FIRST DEGREE. Such is the criminal behavior of

13) Defendants.

14)     Yet, irregardless of what The Defendants Think, Act, Do,

15) Say, Behave, where they go or how Defendants rule upon this

16) case: THIS IS NOW THE LAW!

17)     THE LAW OF LIFE! THAT WE THE PEOPLE SHOULD NOT PERISH

18) FROM THE FACE OF THE EARTH! The The White Civilization estab-

19) lished by Treaty with Mexico by John C. Freemont, within

20) California should not be violated, that Plaintiff's Race

21) Should not perish from The State of California.

22)     I BE NO CHRISTIAN! BUT I SHALL UPHOLD THE INNOCENCE of

23) SUCH and THEIR FAITH! NOR BE I A FOOL! FOR MANY SAY THEY ARE

24) "CHRISTIAN" and "GOOD CHRISTIANS". I see no GOD in such "men."

25) And many a "Good Christian" Defendant shall utter: "I was only

26) doing my job."

27)     Plaintiff replies: "IGNORANCE of THE LAW IS NO EXCUSE!"

28)                        (4)

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)      This is The Righteousness of this lawsuit, in praying for
2)  Defendants Death. For The Defendant has EXTERMINATED Plaintiff's
3)  People, or is now engaging in such EXTERMINATION of Plaintiff's
4)  People. This State has launched a personal war upon Plaintiff
5)  and Plaintiff's species, for having maintained and sponsored
6)  such a State of Genocide against Plaintiff's species.

7)      For Creating an evnviroment within the State conducive to
8)  Genocide of Plaintiff's Race, that can not be peacefully
9)  inhabited by Plaintiff's Race. THE ARYAN PEOPLE! IN THE HERE
10) and NOW! WITHIN PLAINTIFF's LIFETIME! Genocide of an ongoing
11) manner.

12)     DEFENDANT is CHARGED with Genocide, for Creating an
13) enviroment, of such an oppressive atmosphere and for main-
14) taining such Governmental Atmosphere in the pursuit of Genocide
15) of Plaintiff's Race, within California, amounting to TORTURE,
16) by Creating a Third World enviroment not conducive towards the
17) flourishment of Plaintiff's Race and Species.
18) THIS IS A SCIENTIFIC FACT: CERTAIN SPECIES REQUIRE A CERTAIN
19) LEVEL of ENVIROMENT to FLOURISH!
20)     1) IS THE WHITE EUROPEAN, CAUCASIAN RACE FLOURISHING
21) IN CALIFORNIA or DIMINISHING?
22)     2)  WHAT IS THE CAUSE or NATURE of this FLOURISHMENT or
23) DIMINSHMENT post 9/11/2001? And Prior?
24)     YOU! THE DEFENDANT! This is why my People Diminish!
25) Your Government has done NOTHING. You have done NOTHING to
26) halt this diminishment. Plaintiff is Taking Action that You
27) the Defendants refuse to take Responcibility for, in trying
28) to maintain the existence of Plaintiff's Civilization and

(5)

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1) species and Race in The State of California, and to

2) Preserve The Enviroment of the species known as the Aryans,

3) AKA: "WE THE PEOPLE."

4)     IN THAT YOU MAKE NO DIFFERENCE IN ANY REAL LEGAL WAY TO

5) PRESERVE MY RACE-I DO SO!

6)     Your Government has Created what Defendants so elequetly

7) elequently  Title:  "WHITE FLIGHT" from California, Plaintiff

8) rightfully uses the "politically incorrect" term "REFUGEES."

9) Fleeing What?---GENOCIDE! Latino Gangs, Mexican Drug Cartels,

10) and an "educational system" that has slipped from being one of

11) the worlds greatest into one of the worse now on The Face of

12) the Earth. An "educational system" no sane White Adult should be

13) forced to raise their child within!

14)     The Defendants Government-Your Government  has Over Time,

15) sponsored the deaths of roughly 30,000,000 White Fetuses, and

16) then brushes this off stating that it is "sheer coincidence"

17) that California needs 30,000,000 illegal aliens to pick tomatoes.

18)     Your Government has Created a System in which every school

19) is now a potential shooting gallery, and makes WHITE STUDENTS

20) FEEL UNWELCOME in Our Own Nation! Your Government allows Mexican

21) Gangs to engage in drive-by shootings, and allows White Girls

22) to be raped and or worse/ carried across the Mexican Border

23) to be used as a SLAVE!

24)     Your Government has Created an atmosphere for Young White

25) Males to "gang-up" in Juvenile Hall, in Prison, on the streets,

26) or in the yard of ones own Home.

27)     You want All The Advantages of Violent Intolerance that my

28) Ancestors brought to California, but really deny to take any or

1) accept any REAL RESPONSIBILITY for Your Animalistic Criminal

2) Nature. From Your "High Place" You look down upon us:

3) "poor misguided wretched bigots" and ask why? Take the silver

4) spoon out! I'm telling You why!

5)     YOU CREATED US!

6)     There is another word for Bigot in the Ancient Tongues of

7) my People! VISGOTH! The Muslim Moors came to learn this word

8) well. I am The Unaborted Fetus that You wish to Silence Forever!

9) I AM THE LAST!-----AND I OPENLY DEMAND YOUR BLOOD!

10)     The Judges and Politicians of NAZI GERMANY were given no

11) excuse! NOR ARE YOU! If California were to be compared to Poland,

12) then We who have settled this "Poland" must be considered 2/3rds

13) EXTERMINATED!

14) There is "The Dream" , There is "Tolerance" and then there is

15) an ILLEGAL INVASION which DESTROYS ALL DREAMS and ALL TOLERANCE!

16)     You have REFUSED RESPONCIBILITY on this issue, now You,

17) The Defendants are now held RESPONCIBLE.  Only Your Death can

18) bring my People True Satisfaction and Justice upon this matter.

19) China belongs to China! Russia belongs to Russia! To whom does

20) America belong when You systematically exterminate its Creators?

21) When those who fight this Genocide are labeled "criminals" what

22) does this make You?

23) If China had invaded Russia with 30,000,000 illegal aliens, war

24) would have been declared. As would any Nation or State in its

25) "RIGHT MIND."

26)     One may say that "Plaintiff is wicked" for pointing out

27) this OBVIOUS TRUTH, I am only wicked for not pointing this out

28) sooner. But, I am The Last. Few will Ever Understand.

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)     While Defendants held Term of Office within The State
2) of California, post 9/11/2001, Defendants let The Reconquista
3) of California to continue unchallenged,. The RESULT is the
4) expulsion and extermination of The White Colonies, founded
5) in California, even before Sutters Fort was constructed.

6)     This "unwelcoming atmosphere" and "hostility" towards
7) anyone or anything White in California, is fostered by a
8) State Government that has acted in collusion and collaboration
9) towards the commission of Genocide towrds The White Aryan Race
10)in California.

11)     Genocide is recognizable because such an act can be seen
12) on its face. It's expression within Mother Nature is clear.
13) Wether slowly committed over a long period of Time or drastically
14) committed. The politic to reach a specific point is eventually
15) manifested and made self-evident.

16)     Genocide has approached man-kind in many forms. When
17) Cro-Magnon exterminated Neanderthal. Intolerant Genocide.
18) Genocide by Prima-Noctii. Tribal Genocide. Genocide by expulsion.
19) Genocide by extermination in many variant forms. Genocide by
20) Invasion. Genocide by an indifferent Government. National
21)Genocide and State Sponsored Genocide. Because Governments and
22)those opposed to them are dealing with the Animal known as man,
23)Man conceptualizes New Means by which to commit Genocide. Ever
24)evolving, ever changing, since The Dawn of History.

25)     Genocide is the removal of one Race for Another. The
26)removal of Whites, by making The State inhospitable and
27)uninhabitable, is always the precurser in Mother Nature upon
28) which Genocide may be enacted.

1)      Creating an uncomfortable enviroment can be expressed in

2) unlimited variations and manifestations. From; "We(The

3) Government) Shall be keeping a close eye on You)" to The

4) Midnight Knock on Your Door.

5)      In any manifestation, however, The RESULT in Mother Nature

6) is always the same. One Group or Race is replaced by another.

7)      Plaintiff takes such Action on behalf of Plaintiff's Race,

8) because Plaintiff Race lacks capacity to do so because of:

9) GENOCIDE. Plaintiff could simply say nothing. Collect money.

10) Seek personal pleasure, travel, etc Plaintiff seeks none of

11) this. Plaintiff only desires to see Plaintiff's Race

12) FLOURISH and NOT DIMINISH. That My People should not perish, but

13) should have the Liberty and Right to The Pursuit of Life,

14) Liberty and Happiness. That Plaintiff's Race should Forever

15) Remaine Independent and Free.

16)      EITHER YOU ARE FOR OR AGAINST THIS.

17)      For This Cause of Action Plaintiff and Plaintiff's Race, The

18) Aryans; SEEK THE DEATH PENALTY and HAVE NO OTHER RECOURSE but

19) to SEEK THE DEATH PENALTY for THE GENOCIDE of Plaintiff's RACE.

20)      Thus, on its face: THIS REMAINS A SIMPLE CASE OF GENOCIDE.

21)

22)      THE FOLLOWING ENCLOSED DOCUMENTS ARE HEREBY SUBMITTED AS

23) PROOF TO PLAINTIFF's PROFESSIONAL KNOWLEDGE in EXECUTING a

24) HATE-CRIME and in EXECUTING THE ACT OF GENOCIDE.

25)

26)

27)

28)

(9)

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)      DEFENDANTS have shown a blatant disregard of the law,

2) Through continual demonstration on a consistent basis, for

3) Habitual Criminal Nature. Disregard and Negligence towards

4) Aryan Society and Civilization, of both a cruel and

5) unusual Nature. This open flaunt against the law borders on

6) the line of severe dementia. However, because of the Nature

7) of this crime, the hate-crime and war-crime of Genocide;

8) The plea of innocence by reason of insanity is not

9) acceptable. Non the less, their remains hope for such

10) disturbed individuals, in which a Pardon Program can be

11) implemented to treat their mental illnesses. However,

12) Plaintiff and Plaintiffs Race, feel that such individuals

13) despite treatment through psychology,psychiatry and

14) pharmacology, must be incarcerated for the remainder of

15) their lives as a danger to society. Though possibly

16) treatable and redeemable, the Defendants must be viewed as

17) Career Criminals. Further, many of these Defendants often

18) do not realize that they are committing a crime. GENOCIDE!

19)  However, as proven at the Trials in Nuremburgh, this is

20) no excuse. The State of California has been turned into a

21)  Habitat for Genocide against White Caucasian non-Hispanic

22)  Peoples. The usage of hard drugs by the Defendants may be

23)  another issue, the usage of cocaine, methamphetamine and

24)  heroin may be a primary cause leading to the degeneration

25)  of the Defendants mental faculties. However, this alone may

26)  not warrant The Pardon Program.

27)      The Government of The State of California, has had a long

28)  criminal history of Genocide in order to gain financial profit.

(10)

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)       The corruption and degeneracy of the political system in
2) California runs deep and has created a breeding ground for the
3) Genocide of Aryan Peoples. This Habitat of Genocide towards
4) Plaintiffs Race is often for the explicit reason of turning
5) a Capitalist profit. Defendant is an acting participant and
6) Accessory to The FACT of GENOCIDE.

7)       Defendants DEATH is thus required, and all personal
8) possessions relinquished to Plaintiff and Plaintiffs Race,
9) for the anguish, torment and suffering inflicted by The
10)Government and The State of California, known as DEFENDANTS,
11)and that upon presentation of Defendants Corpse and or
12)corpses after the Sentence of Death is carried out, that the
13)Defendants be stripped of all worldly possessions and that
14)their bodies be hence cremated and no trace of the Defendants
15)be left upon this Earth. THAT THERE BE NO TRACE OF YOU!
16)       In order to gather "new voting groups" and more votes,
17)to maintain Defendants "seats of power." , Defendants have
18)Created in California, a Regime of Genocide by assisting the
19)Reconquista, post 9/11/2001. To bring in a foreign army of
20)illegal aliens to gather votes, is both immoral, unethical and
21)unlawful.

22)       Defendants have violated the Geneva Convention concerning
23)Prisoners of WAR, post 9/11/2001. The Reconquista is also an
24)Act of War by Mexico upon The United States of America. All
25)Aryan Prisoners who have not committed a sexual crime are
26)prayed for under this HABEUS CORPUS for automatic release and
27)financial recompensation as Victims of an Act of War by the
28)Nation of Mexico via The Reconquista.

1)      The Defendants gross Violation of The Geneva Convention,

2) by placing Aryan Prisoners in The California Penitentiary System,

3) while collaborating with Mexico to allow Invasion of California,

4) warrants the sentence of Death. The Prison system of California,

5) is the most hideous system of incarceration existing on the

6) face of Earth. Collaboration with a foreign power to commit

7) Genocide warrants the sentence of Death.

8)      Slavery in the State of California is illegal and warrants

9) The death Sentence.

10)      THIS MATTER IS NOT OPEN FOR NEGOTIATION. FOR THE ABOVE

11) MENTIONED CRIMES: PLAINTIFF SEEKS THE DEATH OF THE DEFENDANTS,

12) and THE PENALTY of DEATH.

13)

14)     OPERATION:CLOCKWORK ORANGE.

15)                          UNDER PENALTY of PERJURY
                                  THE ABOVE MENTIONED AND

16)                          STATED IS BOTH TRUE AND
                                  FACTUAL TO THE BEST OF

17)                          PLAINTIFFS KNOWLEDGE.

18)

19)

20)                          SINCERELY:

21)

22)           AKA:     GREGORY STEVEN WITHROW.
               GREGORY STEVEN TREMAINE.

23)           AKA:     THE LAST.

24)                          DATE OF ENTRY of WRIT:
                         8/8/2011.

25)

26)                          DATE: OF LAWSUIT FILING:

27)                          :Jan 4. 0.12:00 noon/2012

28)                          Op: Avalanche

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

ATTACHMENT-A

1)      If a homicide should be committed, should not Plaintiff

2) as a law abiding citizen report the murder?

3)      Plaintiff is reporting GENOCIDE. The Corpus Delect is

4) the Mexican Invasion of California, and a State Government

5) subserviant to the illegal invasion by one civilized nation

6) into another. The Corpse is the invaded body of California,

7) that is dismissive of the replacement of one species by

8) another via meaNS OF GENOCIDE.

9)      Integration is achieved by prolonged mutual co-operation.

10) Such "co-operation" is negated when an Invasion is introduced.

11)     When "The Dream" is interrupted by invasion ALL Realities

12) must be faced. Is there any account written throughout history,

13) or anyone in the present upon earth who can testify that an

14) invasion has not resulted in Genocide?

15)     The motive behind this Genocide of Whites in California,

16) is Capitalist Profit. By allowing an invading army to enter

17) America to have "new slaves." So that You the Defendant may

18) enjoy a ~~tomtoe~~ salad at a reasonable price. GREED. AVARICE.

19) SELFISHNESS.=Slavery & Bankruptcy for California.....

20)     .....And the Genocide of My People Whom I Love.

21)

22)

23)

24)

25)

26)

27)

28)

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1) PHOTOGRAPH OF GREGORY STEVEN WITHROW AFTER MORNING PRAYER AND
MEDITATION.

2)

3)

4)

5)

6)

7)

8)

9)

10)

11)

12)

13)

14)

15)                   PHOTOGRAPH BY SAVITRI DEVI.

16)

17)

18)

19)

20)

21)

22)

23)

24)

25)

26)

27)

28)

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

# THE LIGHTNING and THE SUN.

(Condensed Version)
By Savitri Devi
An Aryan Prophet.

The History of Man, like the History of The Rest of The Living, is but a Detail in a Cosmic History without Beginning or End. The Priveleged Ones, The Wise, are Those Few, Who being Fully Aware of The Increasing Wothlessness of Present Day Mankind Know how little there is to be lost in the Coming Crash and Look Foraw ard to it with Joyous Expectation as a necessary condition of a New Beginning, a New Golden Age.

The Old Religions have become devices in the hands of clever men in power to lull the simpletons into permanent obedience. We believe that mans value as every creatures value ultimately lies, not in the mere intellect but in the spirit, that which is true and beautiful, beyond all manifestation which remains timeless and therefore unchangable.

The Capacity to Think for Ones Self was and always will be the privelege of a minority once recognized as a natural elite and Respected! About those two main glories of Democracy, Individual Freedom and Equality, The First is a Lie, the Second an Absurdity!

Recalling some of the most spectacular horrors of History, the Burning of Heretics and Witches at the Stake, the wholesale massacre of heathens and other repulsive manifestations of Christian Civilization, in Europe and elsewhere, modern man is filled with pride in  the progress acoomplished since the Dark Ages. Modern Cold Blooded attrocities become known only when the hidden powers in control, the press, the wireless and the cinema, decide for ends anything but humanitarian that they should be known, when their story is considered to be good propaganda because of the current indignation it is expected to create and of the new incentive it is expected to give the war effort.

Modern Man is a moral coward, he wants the advantages of violent intolerance which is only natural, but he shuns the responcibility of it. In antiquity even the slave had hours of leisure and merriment that were all his own. He had the games of dice in the shade of the columns of his masters portico, his course jokes, his free chatter, his free life outside his daily routine, the modern slave has not the privelege of loitering completely care free for half an hour, his so called leisure itself is filled with almost compulsery entertainement, often as dreary as his work, he is not openly bought and sold, he is just taken, and taken not by a man in some ways superior to himself, but by a huge impersonal system, without either a body to kick, or a soul to damn, or a head to answer for its mischief.

(1)



But more cowardly and more hypocritical perhaps than anything else is modern mans behavior towards living nature and in particular toward the animal kingdom. There is no getting away from the fact that kindness to animals does not ultimately depend  the teachings of any religion or philosophy, but is one of the distintive characterisics of the truly superior races.

This is the age in which falsehood is termed truth and truth persecuted as falsehood or mocked as insanity, in which the exponents of truth, the divinely inspired leaders, the real friends of their race and of all the living, the god like men are defeated,and their followers humbled and their memories slandered, while the masters of lies are hailed as saviours, the age in which every man and woman is in the wrong place, and the world dominated by inferior individuals, bastardized races, and viscious doctrines, all part and parcel of an order of inherent ugliness far worse than complete anarchy, the age characterized from time immemorial as the dark age, the era of gloom.

Aided by staggering scientific achievements which could be put to use for any purpose, man has throughout history become more and more violent, it can not be otherwise until the violent and the complete destruction of that which we call todays civilization opens for the world a new age of truth, a new golden age, until then violence under one form or another is unavoidable, it is the very Law of Life in a Fallen World.

But violence is not a bad thing in itself,  it is worth its while when those that  pursue it do so in keeping with an ideology expressing timeless, impersonal, more than human truth, rooted in a clear understanding of the unchanging Laws of Life and destined to appeal to all those who in all fallen world still retain within their hearts an invincible yearning for perfect order. Moreover as the era of gloom of which we are living proceeds growing darker and fiercer year after year, it becomes more and more impossible to avoid using violence in the service of truth. One can say with more and more certainty as the dark age goes on, that the god like men of action are defeated at least for the time being, not for having being too ruthless, but for not having been ruthless enough, for not having killed off their fleeing enemies to the last man, for not having silenced both the squeemish millions of hypocrites and their masters; The clever producers of attrocity tales, by more substantial violence, more complete exterminations.

From all of this it is quite clear that to condemn violence indiscriminately is to condemn the very struggle of the forces of light and life against the forces of disentegration. A struggle all the more heroic, and all the more desperate as the world rushes on toward its doom. Wether consciously or unconsciously wether they be thoroughly

(2)

wicked or blind through congenital stupidity, the workers of disentigration wage war upon the men of Gold and Steel with unabated hellish fury, it is prompted by their hatred, rooted in envy, the hatred of worthless weaklings for the strong for no other reason in that they are strong, the hatred of ugly souls for the naturally beautiful, the hatred of the rabble for the noble, the real aristrocracy of the world; such is more and more the wide spread violence of our times.

What has set the whole world so bitterly against the upholders of ruthless methods both in government and war, is not so much that these were violent, but that they were frank. Liars hate those who speak the unpleasant truth and who act in accordance with it. The unpleasant truth is that pacifism, non-violence and so forth are just rackets in the service of the forces of disentegration. Dishonest tricks to bluff the fools, emasculate the strong and to set millions of cowards and hypocytes against the few whos inspired policy pursued ruthlessly to its logical end could perhaps even now arrest the decay of man. Non-Violence can only exist in a world in which the Socio-Political Order is on The Human Scale a Replica of The Eternal Order of The Cosmos.

One can not have it both ways. Whoever who is not for the everlasting forces of light and life is against them. But it is true that the bold minority of men of action who fight against time for golden age ideals is bound to become more and more ruthless in its effort to overcome an increasingly well organized and Universal Opposition. And thus day after day and year after year and as time goes on, the struggle will be between openly acknowledged, openly accepted violence, and violence dishonestly disguised. The former being put to the Service of Lifes Highest Purpose on Earth, Namely, The Creation of a Perfect or Golden Age Humanity, the latter to that of the Enemies of Light.

All men in as much as that they are not liberated from the bondage of Time follow the downward path of history wether they know it or not, wether they like it or not, they follow the fatal way, they obey their destiny. Man is unhappy because he knows of the world in which he lives and of which he is a part is not what it should be, he can not accept the fact that is going from bad to worse and be glad, However much he may try, still an invincible yearning for the better remains at the bottom of his heart.

The aims of men within time are always selfish aims, for selfishness is the very root of disentegration, and therefore it is a charcteristic inseperable from time. One can practically say that the more a person is thoroughly or irremorsefully selfish the more he or she lives in time. Selfishness is manifested in many different ways, it can find

(3)

expression in the mere lust for personal enjoyment, or the misers insatiable greed for gold. Men in time know only what is their own and what is not and they love themselves in whatever is theirs. Typical men within time need no justifying ideology in order to act. Their thouroughly selfish attitude is in all its glaring shamelessness, far more beautiful than that tendency of the tiny men to slip down the path to perdition while hanging on to some noble ends such as liberty; equality. They know what they truly want and they know the way to get it and they do not care what it cost to others or to themselves. And so they act in the way as Gods would act, to possess the awful splendor of the great devastating forces of Nature, of the roaring sea rolling out of its bed over the land, of a lava stream burning its way through all obstacles, of the lightning that men used to worship, when they still understood what is Divine.

Naturally this can be said only of those men whose action exceeds by its very magnitude the limits of what is personal, it is difficult to imagine any mere seeker of physical  pleasure or of individual riches attaining such a Grim and God-Like Greatness. Real Men in Time are blind powers serving unknowingly the Purpose of The Cosmos the divine destroyer; Time Itself. Him who we adore in the Great Lightning far better their frank brutal destructiveness for selfish ends than the silly patchwork of the ordinary well meaning people, who try to do good in this Fallen World, without having the courage to strike and burn and tear, for Destruction and Creation are Forever linked, that is why we adore the Lightning as well as the Sun.

There are also men above time, men who live here and now, in eternity, who have no part to play in the downward rush of history towards disentegration and death, but who behold it from above as one beholds from a strong and safe bridge the irresistable rush of a waterfall into the abyss. Men who have repudiated the Law of Violence that is the Law of Time.

Of such men, most live a very special life away from the world, a life of which the whole inner disciplines spiritual, moral and physical is systematically devised to keep them in constant union with the great reality beyond time; the thing that is as opposed to the thing that seems. Of those that live Above Time some are Saviours others just let things and people go their way, feeling they are not called to intervene in anyones destiny, and knowing that in the course of centuries all souls that care to be saved  -will be.

The Saviours, in the worldly sense of the word who set out to perfect not merely mens souls, but mens collective life and government and international relations, are what we call Men Against Time and they are necessarily violent although not always physically so.

(4)

The Most Distinctive Trait of The Men Above Time is perhaps their consistent refusal to use violence even in order to forward the most Righteous Cause. Not that they are at all squeemish about violence like the weaklings who compose 90% of mankind. Their action like that of the Sun lies essentially in their personal radiation of Power, Beauty and Goodness. If they have any substantial influence at all, it is like that of The Sun, an influence from above and afar, characterized by its absolute impartiallity, they do nothing to compel others, they know they can not force the evolution of things, like the Sun they shine, if the seed is alive it will ripen sooner or later, never mind when, violence would only help to produce an artificial growth, and if the seed be dead let it be, there are new seeds, new creations forever and ever the people who live in eternity can wait.

Exiles of the Golden Age in Our Age of Gloom: The Men Above Time, live entirely within their own inner-world, They either renounce this world or ignore it, they see the everlasting and unchangable behind the downward rush of the stream of time, the thing that is behind the thing that seems. Men Above Time enjoy with detachment being constantly aware of their Real Relf, which is Beyond Pleasure and Pain, The Fallen World Can Never Understand Them.

But as we have said there are also People with a Golden Age outlook fully aware of what a splendid place this world could be, materially and otherwise, who can niether renounce life as it is nor ignore it, born fighters for whom difficulties exist only to be overcome, and for whom the impossible has a strange fascination, these are the men against time, absolutely sincere, selfless idealists, believers in those Eternal Values that the fallen world has rejected, and ready in order to re-assert them on a material plain to resort to any means within their reach, without the brutal methods of Charlemeigne The Saxon Slayer the Germans would perhaps to this day would have remained attached to their Old Gods. So would have the Norwegians without the drastic sword of Evangelization imposed upon them by King Olaf.

We, Who Are Not Christians, are aware of the fact that many spiritual treasures, the truths contained in The Old European Paganism, treasures of which today were known much too little, were lost to the world precisely through the impersonal zeal of religious minded men, that we believe that wherever such losses were suffered, there was something wrong not with the forgotten truth, which is Eternal, but with the people who should have managed to stand for it against the new and hostile doctrine. There were not enough men against time among those people, not enough persons in whos eyes the now lost teachings were then sufficiently alive. Not enough who in order to defend them were as prepared to be as ruthless and

(5)

perserverant as the Christians were in Order to destroy them.

For No Organization can live Above Time and Hope to bring men back to the Knowledge of Eternal Values.

In Order to establish a better Order in accordance with the truth everlasting, one must live like those who are still in time, like them one must be Violent, Merciless, Destructive; but for different ends, therein lies the tragedy of bringing into reality any dream of perfection, and the more perfect a dream is the more ruthless must necessiraliry be the methods of those who sincerely wish to impose it upon men.

All the really Great Men Against Time possess these two aspects, they are Men of Vision, aware of timeless truths, but they are also men who have been stirred to the depth by the glaring contrast between the ideal world both according to those truths, and the actual world in which they live. Men, who after what they have seen and experienced can niether remain in Their own inner Paradise, nor act in life as though if all were well. But who must devote their whole life and energy to the reshaping of tangible reality on a model of their vision of truth. One such man whos unparalelled greatness is yet unrecognized is the tragic and beautiful figure that Dominates the History of The West in Our Times: ADOLPH HITLER!

Such a Fate always awaits those who are too magnaminous, too trusting, too good, those who put too much confidence both in foreigners and in their own people, those who do not purge their following often enough and thoroughly enough. Who love their people too much to suspect ingratitude, or actual treachery where it lies. Who are not merciless enough and sometimes spare their fleeing enemies. Destruction and Creation are inseperable, men against time are actively, consciously, willingly both Creative and Destructive in them the Cosmos is forever seeking its principle against the irresistable Law of Time.

I AM NOT HE! BUT AS LONG AS NOBODY COMES FORWARD TO PREPARE THE WAY FOR HIM! -I DO SO!

Through The Flames of The Great End into The Sunshine of The New Golden Age!

We like to Hope That The Memory of The One Before The Last, and The Most Heroic of All Our Men Against Time: ADOLPH HITLER, will Survive at least in Songs and Symbols, we like to Hope that The Lords of The Age, Men of His Own Blood and Faith will render Him Divine Honors Through Rites Full of Meaning and Full of Potency in the Cool Shade of the Endless Regrown Forests, on the Beaches or upon Violet Mountain Peaks Facing The Rising Sun.

(6)



# The White Student Union

**P. O. BOX 41872 , SACRAMENTO, CALIFORNIA 95841**

**PHONE (916)334-5916**

THE WHITE STUDENT UNION SPEECH TO ARYAN NATIONS:
A.N. CONGRESS OF JULY 12-13, 1986.

THE PROPOSITION TO ESTABLISH A SEPERATE WHITE NATION FOR OUR
PEOPLE IS BOTH FEASABLE AND VIABLE.

WHITE STUDENT UNION.
OUTLINE.

1) TO FORM A WHITE STUDENT UNION based on promoting and
disseminating Our Culture, Racial and Ethnic Values.

2) To attain equality on the school, college and campus Universi-
ties for our People. To attain equality. To be treated as equals.
to be treated as human beings.

3) To help orientate underpriveleged White Students to a more
stable learning enviroment. To ensure White Students who lack
finance, the ability to aquire basic necessities, such as food,
shelter and clothing, as do the other student unions, so that we
as a People may spend valued Time, educating Ourselves for a
desired career, and thus become productive members of Society.

4) To encourage White Students to stay in school, organize so
that we can get an education, avoid a life of returning to
the streets. Advocate for Higher Learning and Advanced Education.

5) To avoid a life of exposure to the streets, crime, hard drugs,
gangs and violence, on and off the school campus. Start a BookClub.

6) To open Progressive and Meaningful Dialogue with Other student
Organizations. Cultures and Races.

7) To explore Our Pre-Christian Heritage. Open up a book-club,
engage in European Festivities, To construct a Temple to VENUS.

8) To maintain the right to Freedom of Speech. To pursue, Life,
Liberty and Happiness.

9) To allow White Students an avenue to vent their frustrations,
in an atmosphere with a Responcible School Appointed Sponsor. To
help alleviate frustration and anger on and off campus.

10) To co-operate and work with Teachers, Law Enforcement and
Society to become Productive Members of Society.

11) To become more "Green Minded" towards Living Nature and The
Animal Kingdom. To Legalize Marijauna. To seek alternative forms
of fuel, like those made from hemp. To develop robots and
machines, powered by the sun, to pick all types of crops.

WSU SPEECH TO ARYAN NATIONS:pg.2

CHOOSE THE COURSE OF REVOLUTION TO OVERTHROW OUR GOVERNMENT, THE WHITE YOUTH OF THIS NATION SHALL UTILIZE EVERY METHOD AND OPTION AVAILABLE TO THEM TO NUETRALIZE AND QUITE POSSIBLY ENGAGE IN THE WHOLESALE EXTERMINATION OF ALL SUB-HUMAN NON-ARYAN PEOPLES FROM THE FACE OF THE NORTH AMERICAN CONTINENT.

MEN,WOMEN AND CHILDREN, WITHOUT EXCEPTION, WITHOUT APPEAL, WHO ARE OF NON-ARYAN BLOOD SHALL BE TERMINATED OR EXPELLED.

SUCH IS THE LOGICAL SEQUENCE INVOLVED IN A RACIAL REVOLUTION SHOULD OUR ATTEMPTS AT PEACEFUL REMEDY FAIL.

LET ZOG AND THE SUB-HUMANS BE WARNED THAT THEIR REFUSAL TO CO-OPERATE AND ENGAGE IN SERIOUS AND MEANINGFUL DIALOGUE WITH PRESENT WHITE NATIONALIST LEADERS SHALL LEAVE THE NEXT ECHELON OF UPCOMING LEADERSHIP WITHOUT OPTION.

THE NEXT LINE OF LEADERSHIP SHALL BE A GENERATION OF RUTHLESS PREDATORS THAT SHALL MAKE PAST ARYAN LEADERS AND WARRIORS SEEM PALE IN COMPARISON.

ORGANIZATIONS SUCH AS THE "ORDER" SHALL BE COMMONPLACE AS OLD TACTICS ARE REPLACED BY NEW REVOLUTIONARY METHODS AND IDEOLOGY.

SUCH IS THE NEED OF THE RACE.

THE REVOLUTIONARY VOICE OF THE WHITE STUDENT UNION HAS GIVEN AMPLE WARNING.

LET ME END BY REMINDING THOSE WHITE NATIONALIST LEADERS WHO PROPOSE THE PEACEFUL CREATION OF A SEPERATE WHITE NATIONALIST HOMELAND THAT YOU MUST TAKE INTO CONTINGENCY THE VERY REAL POSSIBILITY OF FAILURE.

THE ODDS ARE OVERWHELMINGLY AGAINST THE WHITE RACE.

I PRAY THAT THE RESOLUTION TO SEPERATE THE RACES PEACEFULLY DOES NOT FAIL, HOWEVER IF IT DOES COLLAPSE, I SWEAR UPON THE BLOOD OF MY ANCESTORS THAT THE NEXT GENERATION SHALL SUCCEED.

SINCERELY, *Greg Withrow*

GREG WITHROW-PRESIDENT.

## THE PRAYER OF WHISPERS.

AKA: I HAVE A VISION.
by: GREG WITHROW.

DENIED EVERY RIGHT WITHIN CALIFORNIA, I HAVE A VISION I
WISH TO IMPOSE UPON ALL OF MANKIND!

I HAVE A VISION, THAT SOMEDAY A LITTLE WHITE BOY CAN HOLD
HANDS WITH A LITTLE WHITE GIRL WITHOUT BEING "RE-EDUCATED"
BY THE SYSTEM. I HAVE A VISION IN WHICH A LITTLE WHITE BOY
CAN HOLD HANDS WITH A LITTLE WHITE GIRL, and WALK OUT INTO
THEIR FRONT-YARD SAFELY, WITHOUT FEAR of BEING KID-NAPPED,
MOLESTED or RAPED.

I HAVE A VISION IN WHICH THIS VERY SAME LITTLE WHITE BOY and GIRL
CAN WALK SAFELY TO THE CORNER ICE-CREAM STORE WITHOUT BEING
HARASSED BY DEALERS IN DRUGS, RELIGION or so called EQUALITY.

I HAVE A VISION IN WHICH THIS LITTLE WHITE BOY and GIRL MAKE
IT ALIVE TO THE CORNER ICE CREAM PARLOR, SAFELY, WITHOUT BEING
GUNNED DOWN BY CRIPS, NORTENEOS, BLOODS or SURENEOS, where
NO JEW IS TELLING and SCREAMING at THEM TO LET GO OF ONE
ANOTHER'S HANDS for being "RACIST HATERS."

I HAVE A VISION, THAT WHEN THAT LITTLE WHITE BOY and GIRL
REACH THE ICE-CREAM PARLOR, THAT THEY GET TO SEE THEIR ICE
CREAM CONE THROUGH THE SIMPLE MIRACLE of INNOCENT BLUE EYES.

I HAVE A VISION!

THOSE THAT CRIED APPEASE! APPEASE!! ARE GOING TO BE
EXECUTED BY THOSE THEY TRIED TO PLEASE.



THE CRUCIFIXION OF THE LAST.


BEHOLD! MY SYMBOL IS OMEGA,
DRIPPING IN BLOOD!



## KKK of California

GREGORY WITHROW _____ is a member in good standing for the

year _____ 1980 _____ with the Ku Klux Klan of California.

_____ GREGORY WITHROW _____ has stepped forward to accept

the heavy load of responsibility for our race, family and nation.

Knowing that, _____ GREGORY WITHROW _____

has pledged life, fortune and sacred honor to the survival and

advancement of the White Race and furthermore accepts the

banner of White Supremacy and will hold it high. The office held

by _____ GREGORY WITHROW _____ is _____ KLANSMAN _____ .

Signed _____

Grand Dragon

© GOES 137 72.

51970

# State of California

# High School Equivalency Certificate

*This is to certify that*

GREGORY STEVEN WITHROW

has met the standards established by the California State Board of Education for successful completion of tests of General Educational Development and is therefore entitled to this high school equivalency certificate.



JUNE 5, 1981

*Michael W. Kirst*
President of the California State Board of Education

*Wilson Riles*
Superintendent of Public Instruction

# Notification of Birth Registration

REGISTRAR'S NUMBER 3100

| | CHILD'S FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|---|
| **THIS CHILD** | GREGORY | STEVEN | WITHROW |
| | PLACE OF BIRTH | | DATE OF BIRTH | SEX |
| | ROSEVILLE, CALIFORNIA | | MAY 1, 1961 | Male |
| **MAIDEN NAME OF MOTHER** | FIRST NAME | MIDDLE NAME | LAST NAME |
| | CAROL | SUE | DENNIS |
| **NAME OF FATHER** | FIRST NAME | MIDDLE NAME | LAST NAME |
| | ALBERT | RICE | WITHROW |

THE CERTIFICATE OF BIRTH OF THE ABOVE CHILD HAS BEEN REGISTERED WITH YOUR LOCAL REGISTRAR OF VITAL STATISTICS. IF THE INFORMATION IS INCORRECT OR INCOMPLETE, NOTIFY YOUR LOCAL REGISTRAR IMMEDIATELY.

| **MAILING ADDRESS** | Mr. & Mrs. Albert R. Withrow<br>7778 Perdez Court<br>Citrus Heights, California |
|---|---|

*Richard F. White, MD*
DIRECTOR OF PUBLIC HEALTH,
PLACER COUNTY HEALTH DEPARTMENT

*Malcolm H. Merrill*
STATE DIRECTOR OF PUBLIC HEALTH
AND STATE REGISTRAR OF VITAL STATISTICS

STATE OF CALIFORNIA                    DEPARTMENT OF PUBLIC HEALTH

(REV. 7-1-48) FORM VS-88



# Church of the Creator, Inc.

HEADQUARTERS: P.O. BOX 400, OTTO, NORTH CAROLINA, 28763

## CREDENTIALS OF MINISTER

*This is to certify that*

GREGORY S. WITHROW

of SACRAMENTO, CALIFORNIA

*has been ordained by The Church of the Creator, Inc. He is hereby authorized to perform marriages; Creationing of new members; to disseminate the Creed and Ideals of the Church; and to perform all such other activities as are encumbent upon a Minister of the Church.*

*Sealed this.......29th.......day of...OCTOBER.19..84......*

PONTIFEX MAXIMUS



# In Recognition of Contributions
# to the White Race

GREGORY S. WITHROW

**CREATOR**

has been enrolled as a member in good standing of the
Church of the Creator, a non-profit, religious organization
dedicated to the dissemination of enlightenment and
truth; to the eradication of superstition, gullibility and
ignorance; to Racial Loyalty; to the Welfare of Nature's
Finest, the White Race, and its survival, expansion and
advancement.

EXP. DATE FEBRUARY 28, 1986

**PONTIFEX MAXIMUS**

**SEAL**

# IN THE NAME OF THE WHITE RACE A DECLARATION OF INDEPENDENCE FROM JEWISH TYRANNY

Since a penetrating study of both contemporary and ancient history has conclusively revealed the following situation:

1. The Jewish race by choice has waged deadly, unrelenting warfare against us, the White Race, in order to destroy us.
2. The Jewish people are banded together in a vicious racial, religious and political conspiracy to gain control of all the money, all the economic and financial resources, all the land and territory and real estate of the world, in short, its total wealth.
3. The Jews have made it their primary goal to mongrelize, kill, decimate and otherwise destroy the White Race.
4. The Jews are determined to enslave all the races of the world, including the final mongrelized product of the White Race that they intend bringing about.
5. The Jews have in the past successfully and successively destroyed our White Racial ancestors, to name a few: The White Egyptians; the highly creative and gifted Greeks of Classical History; The great and noble Romans of ancient times.
6. The Jewish conspiracy now owns, and/or monopolizes, controls the majority of the White Man's industry, finances, educational facilities news media, television networks, government, religion, and monopolizes all, or nearly all, instruments of thought control.
7. The White Race is now an occupied and enslaved people under the cruel heel of the Jewish tyranny. Now, therefore, we of the CHURCH OF THE CREATOR, in the name of all our White Racial Comrades throughout the world, proclaim this, our own Declaration of Independence.

We hereby resolve that it is our sacred duty and holy obligation, not only to ourselves, but also to our noble ancestors that produced us, and our precious progeny who will follow us, to bring about a world situation in which we are determined:

1. To throw off the yoke of Jewish tyranny and control.
2. To wrest control of the White Man's destiny into the loyal and capable hands of our own people.
3. To eternally fight for the survival, expansion and advancement of the White Race.
4. To shrink our enemies, namely the Jews and the other mud races, and expand the territory, the power and the number of our own White Racial Comrades.
5. To make it impossible for the Jews and other mud races to ever again threaten the existence and well-being of the White Race.

**To this, our Declaration of Independence, we forever pledge our Lives, our Sacred Honor and our Religious Zeal.**

# ANNOUNCING :    THE SPECIAL SESSION

# *ARYAN NATIONS*

# *CONGRESS*

## A.D. 12-13 July, 1986

# AGENDA :

# ·DECLARING A TERRITORIAL SANCTUARY ★★★★★ PACE AMENDMENT

# FORMING A PROVISIONAL GOVERNMENT ★★★★★★★ ZOG INQUISITION

# ? ★★★★★★★ ?

For the Preservation of our Aryan Race....

the Reestablishment of a White Sovereign National State in America....

| | |
|---|---|
| Rick Cooper | National Vanguard, Aryan Nations Leader |
| Dr. Ed Fields | National States Rights Party; Editor, The Thunderbolt |
| Carl Hand | National Socialist Liberation Front, Aryan Nations Leader |
| Terry Long | Aryan Nations of Canada Leader |
| Tom Metzger | White American Resistance (W.A.R.) |
| Robert Miles | Pastor, Mountain Church; Aryan Nations Ambassador |
| Glenn Miller | White Patriot Party, Aryan Nations Leader |
| Thom Robb | National Chaplain, Ku Klux Klan |

These are among the foremost Christian Nationalist Leaders in North America!
They will be speaking at the Aryan Congress, Church of Jesus Christ Christian,
Aryan Nations, Hayden Lake, Idaho.

The enemy is now a flood!
These are the men lifting up the standard against him!
                    Reference:    Isaiah 59:19

All White Patriots invited.

                    Use reverse side for confirmation...

To establish an Aryan homeland......To provide White children a future......
(news media quote of Federal prosecutors)

# *ANNOUNCING : THE SPECIAL SESSION

# ARYAN NATIONS

# CONGRESS

## A.D. 12-13 JULY, 1986

### »AGENDA :«

* DECLARING A TERRITORIAL SANCTUARY ..... PACE AMENDMENT *

* FORMING A PROVISIONAL GOVERNMENT ....... ZOG INQUISITION *



DIRECTIONS: ARYAN NATIONS,
Church of Jesus Christ Christian,
Route 3 Box 167
Hayden Lake, Idaho 83835

208-772-2408

ARYAN SPECIAL SESSION CONGRESS, 1986

Camping Facilities open for Congress on July 11th

MAKE YOUR PLANS AND RESERVATIONS FOR THIS EVENT NOW!

This Congress will be a closed 2-day session with NO outside media in atten-
dance.  Aryan Nations staff and members only will photograph and report.
They will be identified with a Security Clearance badge.

Attendance will be by reservation only.

We assume there will be federal and ADL agents in attendance, so conduct
yourself accordingly.

The following are names, addresses, and telephone numbers of local motels in
which you may be able to confirm reservations for your visit to Aryan
Nations:   FAIRWAY MOTEL, 9986 Govt Wy, Hayden Lk, 83835 - 208-772-4414.
           MOTEL 6, 416 Appleway, Coeur d'Alene, 83814 - 208-765-6006.
           SUPER 8 MOTEL, 505 Appleway, C d'Alene, 83814 - 208-765-8880
           TRAVEL'S 9 MOTEL, 330 W Appleway, C d'A, 83814 - 208 765-3011


*......*......*......*......*......*,......*......*......*......*......*

```
                      yes   no
                      ...   ...                                  .......
I plan to attend...... .  . .      Approx. no. in party......        .
                      ...   ...                                  .......
                                   AIR     BUS     AUTO    CAMPER
                             ...          ...       ...     ...
I/We plan to arrive by.......  . .     . .     . .     . .
                         ... ...          ...       ...     ...
Space on AN grounds needed... .
                         ... ...
Will camp at nearby KOA Park..... .   NOTE:  No sewer hook-up for
                             ...       campers on AN grounds.

NAME       _____

ADDRESS    _____

TELEPHONE  _____
```

## FAMILY HISTORY

*Father's full name.* Albert Rice Withrow

*Birthplace.* Healdton, Oklahoma    *Date.* February 5, 1921

*Mother's maiden name.* Carol Sue Dennis

*Birthplace.* Ada, Oklahoma    *Date.* January 27, 1930

*Residence at time child was born.* 7778 Perdez Court, Citrus Heights, California

*Sex of child* Male   *Weight at birth.* 6 *pounds.* 4 *ounces.*   *Length.* 19¾ *inches*

*Baby's left footprint* →

*Mother's left thumbprint*

*Baby's right footprint* ↓

*Mother's right thumbprint*

*This Document should be carefully preserved. It is your family's heirloom record of the facts pertaining to your child's birth. The law requires that the original certificate (not this document) be filed with the Vital Statistics Office*

*at* PLACER COUNTY COURT HOUSE *from which an official copy may be obtained.*



# The White Student Union

**P. O. BOX 41872 , SACRAMENTO, CALIFORNIA 95841**

**PHONE (916)334-5916**

5/2/86

DEAR PASTOR,

I will be arriving by airplane with Tom Metzger and his group for the A.N. congress.

Enclosed is the invitation you sent.

I would like to give a short speech to the congress, which is less than two pages long and should only take three or four minutes at the most.

Would .it. be okay if I spoke at the Congress in behalf of White Youth and our Student Union?

Please notify on this.

Thank-you.

Sincerely

GREG WITHROW

*Dear Greg*
*You will most certinally welcome to speak!*
*We admire and depend upon our youth.*
*Hail His Victory / 88*
*RGB*

"Let The High Praise Of God
Be In Their Mouth,

And A Twoedged Sword
In Their Hand"
Ps. 149:6


# ARYAN


# NATIONS

Church of Jesus Christ Christian

Aryan Nations Headquarters
P.O. Box 362
Hayden Lake, Idaho 83835
Tel. (208) 772-2408

A.D. May 30, 1986

Dear Tom:

Yes we shall be honored to have Gregg Withrow speak at the Congress this year.  We have answered one other letter requesting he speak and we welcomed him at that time also.  It was from Stockton, I beleive.

Hail Victory 88,

Richard G. Butler

dg/RGB

**Anti-Defamation League**  of B'nai B'rith

HON. JACK M. NEWMAN
*President*

ROBERT B. GERBER, D.D.S.
DONALD A. SALEM, D.D.S.
*Vice-Presidents*

JOE W. HILBERMAN
*Treasurer*

MARY WEISSMANN
*Secretary*

**EXECUTIVE COMMITTEE**
HON. NORMAN L. EPSTEIN
*Chairman*

BARRY R. WEISS
*Vice-Chairman*

JUDY ORLANSKI
*Secretary*

**REGIONAL DIRECTOR**
DAVID A. LEHRER

**NATIONAL COMMISSIONERS**
**PACIFIC SOUTHWEST REGION**
MISHA APTER
NORMAN BERRIS
FAITH COOKLER
NEWTON E. GORE
MAXWELL E. GREENBERG
RUTH L. HARVEY
JOSHUA KHEEL
ALEXANDER L. KYMAN
BURTON S. LEVINSON
ART MARSHALL
GEORGE MOSS
HON. JACK M. NEWMAN
MYRA G. ROSENBERG-LITMAN, M.D.
BILLY VEPRIN
CARMEN WARSCHAW

**HONORARY LIFE**
**NATIONAL COMMISSIONERS**
ELI BOYER
HON. ROBERT FEINERMAN
JACK GOLDFARB
CHARLES GOLDRING
HYMAN H. HAVES
BRUCE I. HOCHMAN
KAYGEY KASH
BERDIE KUDLER
MOE KUDLER
HON. MARVIN D. ROWEN
EVELYN F. SCHREIBER
LAWRENCE J. WEINBERG

**ADL NATIONAL**
BURTON S. LEVINSON
*National Chairman*

ABRAHAM H. FOXMAN
*National Director*

JUSTIN J. FINGER
*Associate National Director*

DR. RONALD B. SOBEL
*Chairman, National*
*Executive Committee*

MAXWELL E. GREENBERG
*Honorary Chairman*

BRUCE I. HOCHMAN
*Honorary Vice-Chairman*

BILLY VEPRIN
*National Development Chairman*

CHARLES GOLDRING
*Chairman, Deferred Gifts*
*Committee of the ADL Foundation*

**REGIONAL STAFF**
ANDREW A. CUSHNIR
JANET HIMLER
MICHAEL MALICK
T. SCOTT NADLER
GERALD SHAPIRO
ROBERTA VENGER
*Assistant Directors*

**WESTERN STATES STAFF**
HARVEY B. SCHECHTER
*Western States Director*

BETSY R. ROSENTHAL
*Western States Counsel*

ANITA ZUSMAN
*Western States Assistant Counsel*

MARJORIE B. GREEN
*Western States Education Director*

**WESTERN STATES ADL DEVELOPMENT**
HAROLD N. SAMUELS
*Development Director*

ALAN M. TEMPLER
*Director, Special Events*

CHARLOTTE CORNFELD
SHERI L. KAUFER
EILEEN A. SMULSON
MICHAEL SPELLMAN
*Development Directors*

June 16, 1989

Mr. Greg Withrow
c/o Anti-Defamation League
121 Steuart Street
Suite 401
San Francisco, CA  94105

Dear Greg:

Where to begin?  In the short time that you were in
Los Angeles, you managed to fascinate, intrigue and
finally captivate nearly everyone you came in contact
with.  I only regret the toll the constant repetition
of your story took on you.  My apologies for that.

Your words touched all of us.  The audience was yours
from the start.  You moved everyone with your strength
and vulnerability, your experiences and your extremely
articulate and expressive analysis of them.

I have received phone calls asking me to thank you
for your willingness to reopen the old wounds and
share the nightmare.  I do so now.

Enclosed is the honorarium promised you and I will
also send up any clippings or tapes we get from your
visit here.  I also hope that I can provide you with
good news via Susan Nanus on the movie front.  Keep
your chin up.

Once again, many thanks for coming down to L.A. and
should you visit again, please give me a call.  Good
luck with everything.

Your friend,

JERRY SHAPIRO
Assistant Director

JS/gli

Enclosures

(30)

Suite 814, 6505 Wilshire Boulevard, Los Angeles, CA 90048-4987 (213) 655-8205, FAX (213) 655-9373



**Anti-Defamation League** of B'nai B'rith

Central Pacific Regional Office
121 Steuart Street, Suite 302
San Francisco, CA 94105-1206
(415) 546-0200
FAX: (415) 546-1934

REGIONAL BOARD
President
RON BERMAN
Chairman.
Executive Committee
CLAUDE STERN
Vice-Chairman.
Executive Committee
RIVA BERELSON
Vice-Presidents
ELLIOT BIEN
GAIL CIACCI
MORTON FRIEDMAN
BRUCE MANN
Secretary
RICHARD ZUKIN
Treasurer
NORMAN HARRIS
Chairman,
Society of Fellows
HENRY BERMAN
EXECUTIVE COMMITTEE
MORRIS BOBROW
MICHAEL BOXER
SUSAN EISENBERG
ALEX FAHN
LEO FAHN
ROBERT FELDMAN
DR. MICHAEL FRANZBLAU
NATHAN I. FRIEDMAN
HERBERT GINSBERG
MARCIA GLASSEL
DONALD GOLDSTROM
PAUL CROWALD
STANLEY HERZSTEIN
SID ISRAELS
MILTON JACOBS
ROBERT JACOBS
SETH JAFFE
RICHARD JEWELER
DENNIS LEADER
SUSAN LEVITIN
WILLIAM LOWENBERG
DR. MAURICE MANN
STEVE MERKSAMER
MARIAN SAXE MILLER
STEPHEN MILLER
RAQUEL NEWMAN
CARL PEARLSTEIN
ERNEST ROSENTHAL
JEFFREY SAPER
MARJORIE SIMON
NEIL SMITH
EUGENE SOSNICK
MELVIN M. SWIG
LEW TILIN
LAWRENCE WANETICK, M.D.
NATIONAL COMMISSION
Chairman
BURTON S. LEVINSON
Honorary Chairmen
KENNETH J. BIALKIN
SEYMOUR GRAUBARD
MAXWELL E. GREENBERG
BURTON M. JOSEPH
Chairman, National
Executive Committee
RONALD B. SOBEL
National Commissioners
National Director
ABRAHAM H. FOXMAN
Associate National Director
JUSTIN J. FINGER
Regional Director
RICHARD S. HIRSCHHAUT
Associate Director
RIKI RAFNER
Director of Development
ALAN L. WENDROFF
Assistant Director-Development
GLORIA L. DULGOV
Western States Counsel
BETSY R. ROSENTHAL
Western Education Director
MARJORIE M. GREEN
Western States Director
HARVEY B. SCHECHTER
Western States
Development Director
HAROLD N. SAMUELS

August 14, 1989

Ms. Jackie Boor
6310 Patterson Way
Sacramento, CA 95828

Dear Jackie:

It is my pleasure to submit this endorsement of "Child of the Fourth Reich," the autobiographical account of Gregory Withrow.

As you know, the Anti-Defamation League has chronicled Greg's activities since he first emerged as founder of the White Student Union hate group at American River College in Sacramento in 1979. His recent "conversion" from a life of hatred reveals a sequence of events which testify to Greg's deep personal courage and which serve to inspire all who come into contact with him.

The autobiography of Greg Withrow is a literary catharsis of a tormented soul. Moreover, "Child of the Fourth Reich" is a document of our times -- the dark side of a demi-monde that few realize even exists. It is a riveting account of one person's passage through the subterranean milieu of paranoia and hatred and his ultimate redemption through love.

Our own work with Greg has provided the League a rare opportunity to transcend the institutional battle waged against hate in America and bring it to a personal level. And there is real power in that, for if Greg continues to be an outspoken crusader against hate, he will reach many would-be racists. "Child of the Fourth Reich" can do much to advance this important objective.

In an America where we have yet to witness full expression of the hard-fought civil rights victories claimed twenty-five years ago, this powerful work reminds us of bigotry's crippling effect. Greg Withrow's own victory over hatred makes each of us stronger in our individual efforts to resist its destructive forces.

Sincerely,

Richard S. Hirschhaut
Regional Director

RSH:skl                    (31)

A WORLD OF DIFFERENCE

… an education/media project for intergroup understanding and America's democratic ideals



# JEWISH FEDERATION OF EL PASO

405 Wallenberg Drive     P.O. Box 12097     El Paso, Texas 79913-0097     (915) 584-4437

Joan Johnson
**PRESIDENT**
Grace Ellowitz
**PRESIDENT ELECT**
Norman Gordon
Jay Druxman
**VICE PRESIDENTS**
Jack Neumann
**TREASURER**
Molly Berke
**SECRETARY**
David B. Brown
**EXECUTIVE DIRECTOR**

Mike Batkin
Deborah Benedict
Allan D. Bolotin
Sidney Borschow
Blanche Brown
Howard Burnham
Susan Case
Brenda Ehrlich
Cliff Eisenberg
Bernard Felsen
Sally Gilbert
Amy Goldfarb
Robert F. "Bobby" Goldfarb
Sofia Goldman
Jacob Heydemann
Faye Kahn
Edward Kallman
John M. Kasdan
Henry Kellen
Elaine Krasne
Robert Krasne
Myer Lipson
Charlotte Ramenofsky
Louis Rosenbaum
Bernard Roth
Irving Rubin
Agnes Schaechner
Robert Schick
Marcia Schwartz
Gary Weiser
**DIRECTORS**

*Joseph Aaronson
Rabbi Asher Appleman
Julian F. Bernat
Alfred A. Blumenthal
Julian Borschow
Sam Ellowitz
Dr. Floyd Fierman
Sol Freed
*Charles Given
Herbert Given
Kenneth C. Given
*Louis Given
Robert Given
William D. Goldfarb
Ann S. Goodman
*I. B. Goodman
Robert E. Goodman
Rabbi Yisrael Grinberg
*Jerry Harris
*Elias G. Krupp
Bernard S. Lauterbach
Rabbi Stephen A. Leon
Beth Lipson
Richard T. Marshall
*Dr. Vincent M. Ravel
Bernard Schoichet
Albert J. Schwartz
*Maurice Schwartz
*Nandor Schwartz
Phyllis Stern
Aaron Wechter
Rabbi Kenneth J. Weiss
Willie Wildstein
Marvin J. Zimet
*deceased
**HONORARY DIRECTORS**

September 18, 1989

Mr. Gregory Withrow
c/o Anti-Defamation League
4211 Southwest Freeway, Suite 101
Houston, Texas 77027

Dear Greg:

On behalf of the Jewish Community of El Paso, thank you for your special presentation to us yesterday. I've received numerous comments on the special nature and success of the program. With your willingness to share what you have learned with this and other similar audiences, you are performing a service which cannot be purchased anywhere else. From you, all of us have an opportunity to learn about hatred and love; all of us can certainly learn more about tolerance and understanding.

I hadn't realized how emotionally draining it is for you to address an audience. Having now witnessed that firsthand, I appreciate even more what you are doing. May you find the strength to continue educating people, especially young people where you really have an opportunity to keep someone from ruining his or her own life. If this office can ever be of help to you in any way, please don't hesitate to ask.

Good luck in the publication of your book. Ana and I look forward to receiving a copy.

Best wishes, now and in the future,

David Brown
Executive Director

enc.

(32)

**Affiliated Member**
Council Jewish Federations • United Jewish Appeal
National Jewish Community Relations Council • United Way of El Paso

Hillel will hold several programs Friday at the Hillel House, 2105 San Antonio St., beginning with a dinner at 5:45 p.m. After the dinner, group singing will be held at 7 p.m. and reform and conservative services will be held at 7:30 p.m. Withrow, founder of Aryan Youth Movement, will speak on "Skinheads: An Insider's View" at 8:30 p.m. There will also be a Torah study and Havdalah at 6 p.m. Saturday.



**OFFICERS**
GEORGE STARK
  CHAIRMAN
RONALD J. FINGER
  CHAIRMAN ELECT
MARTIN FEIN
MARK E. WISE
EDWIN "BUSTER" FREEDMAN
ROGER S. SOFER
  VICE CHAIRMEN
GARY M. POLLAND
  TREASURER
REGINA ROGERS
  SECRETARY
SAM KANE
  NATIONAL VICE CHAIRMAN

**PAST CHAIRMEN**
PHILLIP ARONOFF
SOPHIA BENDER
TED DINERSTEIN
BUSTER FELDMAN
FRANK GOLDBERG
RAYMOND J. KAUFMAN
EARL LITTMAN
RAYMOND S. MAISLIN
HERSCHEL G. MALTZ
SHERWIN S. NEWAR
MALLORY ROBINSON
ALVIN ZIMMERMAN

**NATIONAL COMMISSION**
BURTON S. LEVINSON
  NATIONAL CHAIRMAN
ABRAHAM H. FOXMAN
  NATIONAL DIRECTOR
RONALD B. SOBEL
  CHAIRMAN NATIONAL EXECUTIVE COMMITTEE
JUSTIN J. FINGER
  ASSOCIATE NATIONAL DIRECTOR
KENNETH J. BIALKIN
SEYMOUR GRAUBARD
MAXWELL E. GREENBERG
BURTON M. JOSEPH
  HONORARY NATIONAL CHAIRMEN
ROBERT H. NAFTALY
  TREASURER
SYDNEY JARKOW
  SECRETARY

**SOUTHWEST REGIONAL OFFICE**
LOREN FINKELSTEIN
  DIRECTOR
BARBARA B. HARBERG
  DEVELOPMENT DIRECTOR
JODI GOODMAN
  ASSISTANT DIRECTOR

**COMMITTEE CHAIRMEN**
ARIEL LEIBOVITZ
MARK E. WISE
  A WORLD OF DIFFERENCE
MALLORY ROBINSON
GARY STEIN
MARK E. WISE
  BLACK/JEWISH RELATIONS
GARY M. POLLAND
FRED ZEIDMAN
  CENTER FOR INTERNATIONAL AFFAIRS
STANLEY SCHNEIDER
KAREN SUSMAN
  CIVIL RIGHTS
SHERRY BENDER LEVY
JOE PRYZANT
  COMMUNITY RELATIONS COUNCIL
TED DINERSTEIN
ROGER S. SOFER
  GOVERNMENT AFFAIRS
EDUARDO AGUIRRE
JORGE GARZA
M. MARVIN KATZ
LOUIS E. SILVER
  HISPANIC/JEWISH BUSINESS ROUNDTABLE
EDWIN "BUSTER" FREEDMAN
DOUGLAS M. SELWYN
  INTERFAITH RELATIONS
GARY W. ORLOFF
E.D. WULFE
  LAW ENFORCEMENT
RANDY DE LA GARZA
SUSAN FARB MORRIS
  MEDIA RELATIONS
FRANK GOLDBERG
ANDREW L. SOLOMON
  MIDDLE EAST AFFAIRS
JACK DINERSTEIN
RICHARD TRABULSI
  TEXAS 1990
DAVID MORRIS
JUDY ROSENBLOOM
  YOUNG LEADERSHIP

September 21, 1989

Mr. Gregory Withrow
C/o Richard Hirschaut, Director
Anti-Defamation League
121 Steuart Street, Suite 1609
San Francisco, CA  94105

Dear Greg:

On behalf of the Anti-Defamation League, I want to express our sincere appreciation to you for your willingness to participate in our recent programs. I continue to receive praise about your presentation and the important message it carries about hate and intolerance.

You are a brave and courageous individual and I want to personally thank you for sharing your life's experiences with the public. I realize now just how difficult a task this can truly be. I wish you the best of luck in your future endeavors and hope you continue to educate the community, especially youngsters, when you have the opportunity to do so.

As I promised, enclosed are the original articles that appeared in the San Antonio Light and El Paso Times. Also enclosed is a letter from David Brown.

Once again, thank you.

Sincerely,

Jodi Goodman, Assistant Director
Southwest Region

JG:ew
Encls.

(33)

# CENTRAL REGION
# B'NAI B'RITH YOUTH ORGANIZATION

112 W-25TH AVENUE, SUITE #4,   SAN MATEO, CA 94403    (415) 349-0901



**DEBBIE SEITEL**
Regional Director

January 29, 1990
3 Shevat 5750

Natalie Hausman
Anti-Defamation League
121 Steuart Street, Suite 320
San Francisco, California 94105

Dear Natalie;

Thank you for your assistance in securing Greg Withrow as a speaker for our recent Judaism Leadership Institute.  I appreciate all of your help.

I thought you would be interested to receive an evaluation of Greg's program based on the evaluation forms the youth completed.  Please pass this information on to Greg with our sincere thanks.

This was probably one of the most powerful and effective programs we have had on anti-semitism.  The youth were mesmerized by Greg. He spoke for about 45 minutes with about an hour of questions from the youth. He spoke quietly and without a script, but the youth were so quiet you could hear a pin drop.  I have never seen 100 teenagers sit so quietly and intently for almost two hours!  Greg was able to reach the youth on an emotional and intellectual level. He spoke both from a personal level and from an informative, factual point of view.  We had to stop the program after almost two hours because it was late and time for curfew.  It could have gone on for another hour or so. Almost all of the youth participated by asking questions. Greg answered their questions directly and on their level. After the program ended over half of the youth surrounded Greg wanting to say thank you or to learn more from him by asking questions. A month after the program, I am still receiving telephone calls from the youth and their parents on what a powerful program it was.

I would like to let other BBYO Directors around the country know about this program, so that they too might be able to bring Greg out to do a program.  Please let me know if you and Greg would feel comfortable with my doing so. ·

Again, thank you so very much for your help.  It was certainly worth the wait, the effort and the expense.  And please thank Greg for me.  It was inspirational and rewarding to meet him and to hear what he had to say.

Sincerely,

Debbie Seitel
Director
Central Region West
B'nai B'rith Youth Organization

(35)

# Anti-Defamation League ADL of B'nai B'rith

**REGIONAL BOARD**

Chairman of the Board
MARTIN L. SHULTZ

Vice Chairman of the Board
ILENE LASHINSKY

Vice Chairman,
Board Development
PEARLE MARR

National Commissioner
JERRY J. WISOTSKY

Associate National
Commissioners
MARTIN L. SHULTZ

Regional Director
JOEL BRESHIN

National Chairman
BURTON S. LEVINSON

Chairman,
National Executive
Committee
RONALD B. SOBEL

•

National Director
ABRAHAM H. FOXMAN

Associate National Director
JUSTIN J. FINGER

•

**EXECUTIVE COMMITTEE**

ERIC BISTROW
ILENE LASHINSKY
PEARLE MARR
CINDY L.H. ROOS
ELLEN ROTHBART
MARTIN L. SHULTZ
RICHARD D. STERN
GEORGE E. WEISZ
JERRY J. WISOTSKY
MARCIA H. YAVITZ

June 12, 1990

Greg Withrow
c/o ADL
121 Steuart St., Suite 302
San Francisco, CA  94105

Dear Greg:

I am sorry that we could not go through with our plans for June 18 – 20, 1990.

As I mentioned to you, our speaking engagement in Tucson was cancelled due to the number of people who have already left town for the Summer.  It would not be feasible for you to come to Arizona for just one meeting.

I am, however, looking forward to scheduling several meetings in the Fall for both Phoenix and Tucson to make better use of your time and expertise.

I hope that the cancelation of your visit has not disrupted your schedule to any great extent.  I still look forward to meeting you, and I hope to be talking with you soon about that possibility.

Thanks again for your patience and consideration.

Sincerely,

Joel Breshin
Regional Director

JB:yh

## Arizona Regional Office
3550 North Central Avenue, Suite 914, Phoenix, AZ 85012   (602) 274-0991   Fax (602) 230-1768

# Anti-Defamation League  ADL of B'nai B'rith

**REGIONAL BOARD**

Chairman of the Board
MARTIN L. SHULTZ

Vice Chairman of the Board
ILENE LASHINSKY

Vice Chairman,
Board Development
PEARLE MARR

National Commissioner
JERRY J. WISOTSKY

Associate National
Commissioners
MARTIN L. SHULTZ

Regional Director
JOEL BRESHIN

National Chairman
BURTON S. LEVINSON

Chairman,
National Executive
Committee
RONALD B. SOBEL

•

National Director
ABRAHAM H. FOXMAN

Associate National Director
JUSTIN L. FINGER

•

**EXECUTIVE COMMITTEE**

ERIC BISTROW
ILENE LASHINSKY
PEARLE MARR
CINDY L.H. ROOS
ELLEN ROTHBART
MARTIN L. SHULTZ
RICHARD D. STERN
GEORGE E. WEISZ
JERRY J. WISOTSKY
MARCIA H. YAVITZ

June 12, 1990

Greg Withrow
c/o ADL
121 Steuart St., Suite 302
San Francisco, CA  94105

Dear Greg:

I am sorry that we could not go through with our plans for June 18 - 20, 1990.

As I mentioned to you, our speaking engagement in Tucson was cancelled due to the number of people who have already left town for the Summer.  It would not be feasible for you to come to Arizona for just one meeting.

I am, however, looking forward to scheduling several meetings in the Fall for both Phoenix and Tucson to make better use of your time and expertise.

I hope that the cancelation of your visit has not disrupted your schedule to any great extent.  I still look forward to meeting you, and I hope to be talking with you soon about that possibility.

Thanks again for your patience and consideration.

Sincerely,

Joel Breshin
Regional Director

JB:yh

**Arizona Regional Office**
3550 North Central Avenue, Suite 914, Phoenix, AZ 85012   (602) 274-0991   Fax (602) 230-1768



**Anti-Defamation League**
**of B'nai B'rith**
3550 N. Central Avenue
Suite 914
Phoenix, AZ 85012



JUN 1990

ADL
CENTRAL
PACIFIC
REGION

Greg Withrow
c/o ADL
121 Steuart St., Suite 302
San Francisco, CA 94105



# THE JEFF ASTOR CONFERENCE

## THE CHANGING FACE OF ANTI-SEMITISM AND EXTREMISM ON THE COLLEGE CAMPUS

## MAY 16-18, 1997

Featuring:

# GREG WITHROW

Reformed Skinhead

---

Other Experts include:

### DR. JEFFREY ROSS
ADL's National Director of Campus Affairs and Higher Education

### TAMAR GALATZAN
ADL's Assistant Western States Counsel

### CYNTHIA ESTY
ADL's Regional Education Coordinator

## THIS CONFERENCE HAS BEEN SPECIFICALLY DESIGNED FOR JEWISH HIGH SCHOOL SENIORS

**Place: Camp Cazadero - near Guerneville**
(transportation provided)

**Cost: $35.00 prior to 5/9/97**
$45.00 after 5/9/97

For further details and registration, call Ira Kaufman at
415/981-3500 or 800/600-1133 (in California)

SEE REVERSE SIDE



Anti-Defamation League®

# CENTRAL PACIFIC REGIONAL OFFICE



**CENTRAL PACIFIC REGION**
Chair
* NORMAN HARRIS

Chair
Executive Committee
PAUL A. EPSTEIN

Vice-Chairs
BARBARA GOLDEEN
** MICHAEL KAUFMAN

Secretary
ESTHER FELIX

Treasurer
ROBERT L. EISENBACH III

**EXECUTIVE COMMITTEE**
MICHAEL BATTAT
* RIVA BERELSON
HENRY BERMAN
* RON BERMAN
ELLIOT BIEN
MICHAEL DELLAR
** ALEX FAHN
LEO FAHN
SIDNEY FELIX
DR. MICHAEL J. FRANZBLAU
* MORTON FRIEDMAN
NATHAN J. FRIEDMAN
* MARCIA GLASSEL
FRANCES D. GREEN
PAUL GROWALD
* MILTON JACOBS
RICHARD JEWELER
DENNIS LEADER
MAX LEVI
SUSAN LEVITIN
WILLIAM J. LOWENBERG
E. ROBERT MILLER
JERRY MILROD
LYDIA MILROD
* CARL PEARLSTEIN
IRWIN PRONIN, ESQ.
MARK D. REISS, M.D.
RAND ROSENBERG
ERNEST L. ROSENTHAL
** SUSAN SCHERMAN
OWEN SEITEL
HARMON SHRAGGE, JR.
** SAMUEL R.T. SINGER
NEIL SMITH
** CLAUDE STERN
BERTRAM M. TONKIN
* JACK TRAMIEL
** SAM TRAMIEL
LIN M. TRUCKSESS-STILLMAN

**REGIONAL LIAISONS**
Hawaii
ANDREA J. ARMITAGE
Northern Nevada
JILL I. GREINER
Utah
GARY L. DOCTORMAN

**STAFF**
Regional Director
BARBARA H. BERGEN
Associate Director
EMERI S. HANDLER
Associate Director
ABIGAIL M. WOLF
Development Director
MIDGE R. STONE
Associate Development Director
DAVID S. COHEN
Assistant Development Director
NANCY R. GORDON
**NATIONAL COMMISSION**
National Chairman
HOWARD P. BERKOWITZ
National Director
ABRAHAM H. FOXMAN
Chair
National Executive Committee
GLEN A. TOBIAS
Chief Operating Officer
PETER T. WILLNER

* National Commissioner
** Associate National Commissioner

November 20, 1997

Gregory Withrow
2691 Pinecrest Road
Oroville, CA 95966

Dear Greg:

Again, thank you for your wonderful presentation on Monday night. Your words were forthright and inspirational, and it was very clear to me that the audience appreciated the opportunity to hear you share your story. I know you were nervous, but I assure you that it didn't show a bit. You appeared polished, yet honest. As you saw, you sparked a great deal of discussion at the end of the evening. Clearly, you not only moved the attendees, but also gave them much food for thought.

As for the future, I enjoyed discussing with you the possibility of your speaking to various high schools. It sounded as if we both agreed that adolescents, perhaps more than any other group, need to hear your words and your message. I will contact you soon regarding specifics.

On a logistics note, I have mailed the check request form to our New York office and have asked them to send the honorarium directly.

Please send Maria my best, and let her know that I look forward to seeing her the next time.

Sincerely,

Abbie

Abigail Wolf
Associate Director

( 34 )

Anti-Defamation League of B'nai B'rith, 720 Market Street, Suite 800, San Francisco, CA 94102-2501
(415) 981-3500 Fax: (415) 981-8933 (800) 600-1133 (CA only) E-mail: san-francisco@adl.org Web site: www.adl.org



# Lieutenant Governor
# Leo McCarthy
# State of California

☐ STATE CAPITOL
ROOM 1114
SACRAMENTO, CA  95814
(916) 445-8994

☐ 711 VAN NESS AVENUE
SUITE 305
SAN FRANCISCO, CA  94102
(415) 557-2662

☐ 5777 WEST CENTURY BOULEVARD
SUITE 1650
LOS ANGELES, CA  90045-5631
(213) 412-6118

☐ 1350 FRONT STREET
SUITE 6046
SAN DIEGO, CA  92101
(619) 238-3489

## LT. GOVERNOR'S COMMISSION ON
## THE PREVENTION OF HATE VIOLENCE

### CHAIR:

Lieutenant Governor Leo McCarthy

### MEMBERS:

Honorable Roberta Achtenberg
County Supervisor
San Francisco

Roger Coggan
Legal Services Director
Los Angeles Gay & Lesbian Community
Services Center
Los Angeles

John Duran
Civil rights attorney / community activist
Orange County

Dr. William Flores
Chair
Department of Chicano/Latin American
Studies
CSU Fresno

Rabbi Allen Freehling
University Synagogue
Los Angeles

Bunny Nightwalker Hatcher
Consultant
Los Angeles County Human Relations
Commission
Los Angeles

Dennis Hayashi
National Director
Japanese American Citizens League
San Francisco

Casey Kasem
Broadcaster / community activist
Hollywood

Stewart Kwoh
Executive Director
Asian Pacific American Legal Defense
Center of Southern California
Los Angeles

Honorable Barbara Lee
Assembly Member, 13th District
Oakland

David Lehrer
Regional Director
Anti-Defamation League of B'nai B'rith
Los Angeles

Gene Lichtenstein
Editor
Jewish Journal of Greater Los Angeles
Los Angeles

Honorable Bill Lockyer
State Senator, 10th District
Hayward

Dr. Gerald Margolis
Director
Simon Wiesenthal Center
Los Angeles

James E. McElroy
Attorney
(Co-Counsel in civil suit against
White Aryan Resistance)
San Diego

Ann Noel
Commission Counsel
California State Fair Employment and
Housing Commission
San Francisco

Fred Persily
Director, Contra Costa County Hate
Violence Reduction Task Force
Martinez

Vince Reyes
Multicultural Multilingual Coordinator
Alameda County

Brenda Steppes
Principal
Hancock Park Elementary School
Los Angeles

Leo James Terrell
Legal Counsel, Los Angeles NAACP
Los Angeles

Honorable Tom Umberg
Assembly Member, 72nd District
Garden Grove

Eric Vega
Executive Director, Sacramento County
Human Rights/Fair Housing Commission
Sacramento

Ron Wakabayashi
Executive Director, Los Angeles City
Human Relations Commission
Los Angeles

Honorable Diane Watson
State Senator, 28th District
Los Angeles

Honorable Steve White
Sacramento County District Attorney
Sacramento







## Lieutenant Governor

# Leo McCarthy

## State of California

☐  **STATE CAPITOL**
ROOM 1114
SACRAMENTO, CA  95814
(916) 445-8994

☐  **711 VAN NESS AVENUE**
SUITE 305
SAN FRANCISCO, CA  94102
(415) 557-2662

☐  **5777 WEST CENTURY BOULEVARD**
SUITE 1650
LOS ANGELES, CA  90045-5631
(310) 412-6118

☐  **1350 FRONT STREET**
SUITE 6046
SAN DIEGO, CA  92101
(619) 525-4323

December 31, 1991

TO WHOM IT MAY CONCERN:

My office has requested that Mr. Greg Withrow travel to Los Angeles on January 6 to participate in a meeting of the Commission on the Prevention of Hate Violence on the morning of January 7, and he has agreed to do so.  We appreciate his assistance in furthering the work of the Commission.

Please feel free to contact my office if you need additional information.

Sincerely,

Leo McCarthy

LM:jw





## Lieutenant Governor

# Leo McCarthy

## State of California

☐ STATE CAPITOL
ROOM 1114
SACRAMENTO, CA 95814
(916) 445-8994

☐ 711 VAN NESS AVENUE
SUITE 305
SAN FRANCISCO, CA 94102
(415) 557-2662

☐ 5777 WEST CENTURY BOULEVARD
SUITE 1650
LOS ANGELES, CA 90045-5631
(213) 412-6118

☐ 1350 FRONT STREET
SUITE 6046
SAN DIEGO, CA 92101
(619) 238-3489

January 8, 1992


Greg Withrow
2691 Pinecrest Road
Oroville, CA  95966

Dear Mr. Withrow:

I want to thank you again for speaking to the Commission on the Prevention of
Hate Violence at our meeting yesterday.  Your courage in choosing to speak out
against racism and hatred earned the admiration of every member of the panel.

I know that the choices you have made in your life have put you at significant
personal risk.  I want you to know that your presence and testimony yesterday was
extremely valuable to the Commission.  Your observations will assist us in
producing policy recommendations that will make a real difference for the next
generation of Californians growing up in this extremely diverse state.  My
intention as an elected official and Chairman of this Commission is to do
everything in my power to see to it that the risks you have taken will have been
worthwhile and meaningful.

Thank you again for sharing your experiences with us and good luck to you.

Sincerely,

Leo McCarthy

Leo McCarthy

LM:jw

26



## Lieutenant Governor

# Leo McCarthy

## State of California

☐ **STATE CAPITOL**
ROOM 1114
SACRAMENTO, CA 95814
(916) 445-8994

☐ **711 VAN NESS AVENUE**
SUITE 305
SAN FRANCISCO, CA 94102
(415) 557-2662

☐ **5777 WEST CENTURY BOULEVARD**
SUITE 1650
LOS ANGELES, CA 90045-5631
(213) 412-6118

☐ **1350 FRONT STREET**
SUITE 6046
SAN DIEGO, CA 92101
(619) 238-3489

December 31, 1991

Greg Withrow
2691 Pinecrest Road
Oroville, CA 95966

Dear Mr. Withrow:

Thank you for agreeing to speak to the Commission on the Prevention of Hate Violence at our meeting next week. Your willingness to share your experiences will be of great assistance to the Commission.

The meeting will take place from 10:30 a.m. to 12:30 p.m. on January 7 at University Synagogue, 11960 Sunset Boulevard in Los Angeles. Your plane ticket is enclosed. The tickets have you leaving Sacramento at 7:35 p.m. on January 6 and returning from Los Angeles at 2:55 p.m. on January 7.

Your hotel accommodations will be at the Best Western Hotel near the LA Airport at 1730 Centenella Boulevard. Near the baggage claim and car rental counters in the terminal will be a shuttle pick-up phone which you can use to call the hotel to let them know you would like to have their free shuttle pick you up outside the terminal (if you are unable to locate this phone, the hotel's public phone number is 213/568-0071). Your room cost has been pre-paid by the Anti-Defamation League. A member of my staff will meet you in the lobby of the hotel at 9:30 a.m. on the 7th to bring you to the meeting site. We will also provide you with transportation back to the airport afterwards.

During the meeting we have set aside approximately 15 minutes for you to make whatever comments you feel would be useful in furthering our understanding of how young people are drawn into racist philosophies and thinking. We would also be very interested in hearing any thoughts you may have as a result of your experiences as to what methods can be used to bring young people back out once they have gotten involved with groups like the White Student Union. Following your statement the Commission members will have up to 30 minutes to ask questions they may have and discuss among themselves the issues raised in your statement.

Also enclosed are a number of documents and articles regarding the Commission and its efforts to prevent hate violence which should help to give you a better idea of our goals and interests. Please note that in drawing up an agenda for the meeting my office has not revealed to anyone, including the Commission members themselves, that it will be you specifically who will be appearing at the meeting.





Thank you again for agreeing to appear before the Commission.  The courage you have shown in turning your life around and choosing to use your experiences to speak out against racism and hatred is truly admirable.  I look forward to meeting you on January 7.

Sincerely,

Leo McCarthy

LM:jw

Enclosures



# Lieutenant Governor

# Leo McCarthy

# State of California

☐      **STATE CAPITOL**
ROOM 1114
SACRAMENTO, CA 95814
(916) 445-8994

☐      **711 VAN NESS AVENUE**
SUITE 305
SAN FRANCISCO, CA 94102
(415) 557-2662

☐      **5777 WEST CENTURY BOULEVARD**
SUITE 1650
LOS ANGELES, CA 90045-5631
(213) 412-6118

☐      **1350 FRONT STREET**
SUITE 6046
SAN DIEGO, CA 92101
(619) 238-3489

May 14, 1992

Greg Withrow
2691 Pinecrest Road
Oroville, CA 95966

Dear Mr. Withrow:

I am proud to enclose the final report of the Commission on the Prevention of Hate Violence. I believe this report represents a culmination of everything we have worked together to achieve over these past eight months.

I want to thank you once again on behalf of the entire Commission for your participation in our work. Your willingness to contribute your time and energy to our efforts made a real difference. We are proud of this final report and look forward to working with you to implement its recommendations. The report was formally released to the public on May 12 in San Francisco.

Thank you again for your continuing efforts to end hate violence.

Sincerely,

Leo McCarthy

LM:jw

Enclosure





TIM LESLIE
VICE CHAIRMAN

CHARLES CALDERON
MILTON MARKS
NICHOLAS PETRIS
ROBERT PRESLEY
DAVID ROBERTI
ART TORRES
DIANE WATSON
CATHIE WRIGHT
VACANCY
MEMBERS

# California Legislature

## Senate Committee on Judiciary

### SENATOR BILL LOCKYER
CHAIRMAN



GREGORY SCHMIDT
STAFF DIRECTOR

GENE W. WONG
PATRICIA A. WYNNE
ANDREA ROSA-TEDLA
LES KLEINBERG
COUNSELS

LINDA HASHIMOTO-MYERS
COMMITTEE SECRETARY

ROOM 2032
STATE CAPITOL
SACRAMENTO, CA 95814
(916) 445-5957

January 11, 1994

Gregory Withrow
2691 Pinecrest Road
Oroville, CA 95966

Dear Mr. Withrow:

I want to thank you for your participation in the Senate
Judiciary Hate Crime hearing in December.

The hearing resulted in some invaluable suggestions, which we
are now reviewing in order to develop some comprehensive
legislation.   I think that all who attended realize that we
need to improve laws relating to bias crimes, and I
appreciate your contribution.

Again, thank you for taking the time to come to Oakland and
present your perspective.

Sincerely,

BILL LOCKYER

BL:ss

TIM LESLIE
VICE CHAIRMAN

CHARLES CALDERON
MILTON MARKS
NICHOLAS PETRIS
ROBERT PRESLEY
DAVID ROBERTI
ART TORRES
DIANE WATSON
CATHIE WRIGHT
VACANCY
MEMBERS

# California Legislature

## Senate Committee on Judiciary

SENATOR BILL LOCKYER
CHAIRMAN



GREGORY SCHMIDT
STAFF DIRECTOR

GENE W. WONG
PATRICIA A. WYNNE
ANDREA ROSA-TEDLA
LES KLEINBERG
COUNSELS

LINDA HASHIMOTO-MYERS
COMMITTEE SECRETARY

ROOM 2032
STATE CAPITOL
SACRAMENTO, CA 95814
(916) 445-5957

December 6, 1993

Mr. Gregory Tremaine, Consultant
on the Ideology of a Racist
2691 Pinecrest Road
Oroville, CA 95966

Dear Mr. Tremaine:

Thank you for your willingness to participate in the December 13
Senate Judiciary Committee hearing on hate crimes.  I am enclosing
a copy of the tentative agenda for your information and directions
to the Alameda Board of Supervisors Chambers in Oakland.

You are scheduled to speak during the Psychology and Ideology of a
Racist segment which begins at 10:30 a.m.  As we have a very full
agenda, we ask that you keep your remarks brief.

Senator Lockyer is particularly interested in hearing your
legislative proposals or recommendations for improving current
responses to hate crime and hate violence in California.

We look forward to an informative and productive hearing.  Again,
thank you for joining us.

Sincerely,

Andrea Rosa-Tedla
Counsel

ART/ep
Encls.

TIM LESLIE
VICE CHAIRMAN

CHARLES CALDERON
MILTON MARKS
NICHOLAS PETRIS
ROBERT PRESLEY
DAVID ROBERTI
ART TORRES
DIANE WATSON
CATHIE WRIGHT
VACANCY
MEMBERS

# California Legislature

## Senate Committee on Judiciary

### SENATOR BILL LOCKYER
CHAIRMAN



GREGORY SCHMIDT
STAFF DIRECTOR

GENE W. WONG
PATRICIA A. WYNNE
ANDREA ROSA-TEDLA
LES KLEINBERG
COUNSELS

LINDA HASHIMOTO-MYERS
COMMITTEE SECRETARY

ROOM 2032
STATE CAPITOL
SACRAMENTO, CA  95814
(916) 445-5957

## Interim Hearing

### on

## HATE VIOLENCE IN CALIFORNIA

## Alameda County Board of Supervisors Chambers
### 1221 Oak Street, Suite 536
### Oakland, California

### Monday, December 13, 1993
### 9 a.m. - 3 p.m.

## AGENDA

**9:00  OPENING REMARKS**

      \* Senator Bill Lockyer

      \* Other Senate Judiciary Members

**9:15  NATIONAL AND LEGAL OVERVIEW**

      \* Brian Levin, Visiting Scholar, Bias Crime Policy Analyst, Stanford
      University Law School

**9:30  SPECIAL PRESENTATION**

      \* Lieutenant Governor Leo McCarthy, Chair
      Commission on the Prevention of Hate Violence

1

**9:45 OVERVIEW OF EMERGING PROBLEMS**

### 1. STALKING AND AGGRESSIVE PURSUIT: GENDER-BASED CRIME

* Honorable Mary King, Alameda County Supervisor

* Sharon Jones, Director College Relations
Mills College

* Pearl Stewart, Editor (outgoing)
Oakland Tribune

* Brenda Payton, Columnist
Oakland Tribune

### 2. IMMIGRANTS

* Angelo Ancheta, Executive Director
Coalition for Humane Immigrant Rights,
Los Angeles

### 3. YOUTH AND SCHOOLS

* Fred Persily, Consultant
Hate Violence Reduction

### 4. MINORITY ON MINORITY CONFLICTS

* Diane Chin, Esq.
Lawyers Committee for Civil Rights

**10:30 RECENT VICTIMS OF HATE-RELATED CRIMES**

* Dr. Nate White, President
National Association for the Advancement of Color People,
Sacramento Chapter

* Randy Imai, President
Japanese American Citizens League, Sacramento Chapter

* Anne Eisenberg, Jewish Federation of Sacramento

* Vinh Liu, Sonoma County

* Kathlyn Green, Castro Valley

**10:45 PSYCHOLOGY AND IDEOLOGY OF A RACIST**

* Gregory Withrow, Consultant on Racist Ideology

2

**11:00 LAW ENFORCEMENT RESPONSE: DATA COLLECTION, COORDINATION AND TRAINING**

* Chief Bob Maginnis
  San Leandro Police Department

* Officer Sandy Bargioni, Hate Crimes Unit
  San Francisco Police Department

* Sgt. David Ransom, Family Abuse/Bias Crimes Unit
  Sacramento Police Department

* Lt. Bill Roberts, Special Investigations Unit
  Sacramento Sheriff's Department

* Capt. Ron Black, Special Investigations Bureau
  Los Angeles Sherff's Department

* Sgt. Kenneth Parris, Assault Unit/Hate Crimes
  Oakland Police Department

**11:30 DISTRICT ATTORNEY RESPONSE: PROSECUTION AND PROVING MOTIVATION**

* Steve White, District Attorney
  Sacramento

* Arlo Smith, District Attorney/Charles Haines, Deputy District
  Attorney, San Francisco

* Kay Shafer, Special Assistant to the
  District Attorney, Gil Garcetti, Los Angeles

* Morris Jacobson
  Deputy District Attorney, Alameda

* Luis Aragon
  Deputy District Attorney, San Diego

**12:00 LUNCH BREAK**

**1:00 CIVIL REMEDIES: ROLE AND EFFECTIVENESS**

* Doreena Wong, Esq.
  Asian Law Caucus

* Ann Noel, Commission Counsel
  State of California Fair Employment and Housing Commission

**1:15  COMMUNITY RESPONSE: ROLE, EFFECTIVENESS AND POSSIBLE REFORMS**

    1.  Local Government/ Human Relations and Human Rights Commissions

        \* Vince Reyes, Multicultural/Multilingual Coordinator
          Alameda County

        \* Jill Tregor, Executive Director
          Intergroup Clearinghouse

        \* Bob Delgado, President
          California Association of Human Relations Commission

        \* Norma Mencacci
          County of Santa Clara Human Relations Commission

        \* Don Hesse,
          San Francisco Human Rights Commission

        \* Barbara Lehman, Executive Director
          Sacramento Human Rights & Fair Housing Commission

    2.  Community-based Organizations

        \* Lester Olmsted-Rose, Executive Director
          Community United Against Violence, San Francisco

        \* Nancy Diner
          Anti-Defamation League

        \* John Yamada, President
          Asian Americans Together of Castro Valley

        \* Karen Gelender, Coordinator
          Castro Valley Grass Roots Against Bigotry

        \* Wanda Remmers, California Mental Health Coalition for Special Needs
          Housing

**2:15  PUBLIC COMMENTS**

**3:00  ADJOURNMENT**

**4**









**MADONNA**

PHOTO CREDIT: HERB RITTS

**SIRE**™

©1987 Sire Records Company/Permission to reproduce limited to editorial uses in newspapers and other regularly published periodicals and television news programming.

To Gregory

with love
and lust of luck

Cheryl Figs





National Broadcasting
Company, Inc.

30 Rockefeller Plaza
New York, NY 10112

Greg Withrow
2691 Pinecrest Road
Orville, CA 95966



NBC

National Broadcasting Company, Inc.
30 Rockefeller Plaza
New York, NY 10112
212 664-4444

 **NBC**

April 25, 1991

Dear Mr. Withrow,

I just wanted to thank you for appearing on A CLOSER
LOOK.  The segment was compelling and informative.
Please feel free to contact me at any time if there
are developments in the future which you believe we
would find of interest.  It was a pleasure and we'd
love to have you back with us anytime!

Thanks Again,

Linda Ellman
Executive Producer
A CLOSER LOOK

9-23-51

*The Drake*
NEW YORK

To Greg,
I had a great
time. Thanks
for everything
hope things
work out for
you.
My
Best of
luck to
you
love. Kelly

swissôtel



# DONAHUE

---

DONAHUE GUEST INFORMATION

Dear Guest:

Welcome to New York.  We look forward to your participation in an upcoming DONAHUE program.

You are a guest of the Drake Hotel located in midtown Manhattan. It is conveniently situated to shopping areas and to many of the beautiful sights this city has to offer.  The hotel has a lovely dining room in which you may choose to have dinner or have room service.  Up to $50 per person, which you may sign to your room, has been allocated for drinks/dinner expenses and $20 for breakfast.  If you would prefer to dine at one of the many fine restaurants for which New York is famous, please do so.  It will be necessary for you to save your receipt in order to be reimbursed.  If you have any additional food or incidental expenses, please save and submit your receipts.  Just a reminder that Long Distance phone calls will be at your own expense as they are not reimbursed by our company.

A car service will pick you up and transport you to the NBC Studios at 30 Rockefeller Plaza.  Approximately one hour and a half before tape time someone from our office will call you with your car number and estimated time of arrival.

It is our intent to make your stay in New York as pleasant as possible.  Should you have any further questions, please don't hesitate to contact us at 664-6501.

Sincerely,



The DONAHUE Staff

llr
4/87

# DONAHUE

SEPTEMBER 8, 1987

---

SYNDICATION LIST

### LIVE/SAME DAY MARKET

| | | | | | | |
|---|---|---|---|---|---|---|
| KVII | Ch. 7 | (ABC) | Amarillo, TX | 3:00-4:00 | pm | (L) |
| WCVB | Ch. 5 | (ABC) | Boston, MA | 4:00-5:00 | pm | (L) |
| ★WAND | Ch. 17 | (ABC) | Champaign/Springfield/ Decatur,IL | 4:00-5:00 | pm | |
| ★WJW | Ch. 8 | (CBS) | Cleveland, OH | 5:00-6:00 | pm | |
| ★KMGH | Ch. 7 | (CBS) | Denver, CO | 4:00-5:00 | pm | |
| WEHT | Ch. 25 | (CBS) | Evansville, IN | 3:00-4:00 | pm | (L) |
| KFSN | Ch. 30 | (CBS) | Fresno, CA | 4:00-5:00 | pm | |
| WWMT | Ch. 3 | (CBS) | Grand Rapids/Kalamazoo, MI | 4:00-5:00 | pm | (L) |
| KHON | Ch. 2 | (NBC) | Honolulu, HI | 3:00-4:00 | pm | |
| WLFI | Ch. 18 | (CBS) | Lafayette, IN | 3:00-4:00 | pm | (L) |
| KLAS | Ch. 8 | (CBS) | Las Vegas/Henderson, NV | 4:00-5:00 | pm | |
| KOLN | Ch. 16 | (CBS) | Lincoln/Kearney/Hastings, NE | 3:00-4:00 | pm | (L) |
| WNBC | Ch. 4 | (NBC) | New York, NY | 4:00-5:00 | pm | (L) |
| #WTKR | Ch. 3 | (CBS) | Norfolk, VA | 4:00-5:00 | pm | (L) |
| #KETV | Ch. 7 | (ABC) | Omaha, NE | 4:00-5:00 | pm | |
| KHQA | Ch. 7 | (CBS) | Quincy, IL/Hannibal, MO | 4:00-5:00 | pm | |
| KRCR | Ch. 7 | (ABC) | Redding/Chico, CA | 3:00-4:00 | pm | |
| #KCST | Ch. 39 | (NBC) | San Diego, CA | 4:00-5:00 | pm | |
| KGO | Ch. 7 | (ABC) | San Francisco, CA | 4:00-5:00 | pm | |
| #KSLA | Ch. 12 | (CBS) | Shreveport, LA | 5:00-6:00 | pm | |
| ★KSPR | Ch. 33 | (Ind) | Springfield, MO | 4:00-5:00 | pm | |
| WIBW | Ch. 13 | (CBS) | Topeka, KS | 3:00-4:00 | pm | (L) |
| KMVT | Ch. 11 | (NBC) | Twin Falls, ID | 2:00-3:00 | pm | (L) |
| KAKE | Ch. 10 | (ABC) | Wichita, KS | 3:00-4:00 | pm | (L) |
| ★WKBN | Ch. 27 | (CBS) | Youngstown, OH | 5:00-6:00 | pm | |
| KYEL | Ch. 13 | (NBC) | Yuma, AZ/El Centro, CA | 3:00-4:00 | pm | |

### ONE DAY DELAY

| | | | | | |
|---|---|---|---|---|---|
| KTXS | Ch. 12 | (ABC) | Abilene/Sweetwater, TX | 9:00-10:00 | am |
| WCDC | Ch. 19 | (ABC) | Adams, MA | 9:00-10:00 | am |
| WTEN | Ch. 10 | (ABC) | Albany/Schenectedy, NY | 9:00-10:00 | am |
| KGGM | Ch. 6 | (ABC) | Albuquerque, NM | 9:00-10:00 | am |
| KIMO | Ch. 13 | (ABC) | Anchorage, AK | 9:00-10:00 | am |
| WAGA | Ch. 5 | (CBS) | Atlanta, GA | 9:00-10:00 | am |
| WRDW | Ch. 12 | (CBS) | Augusta, GA | 9:00-10:00 | am |
| KAAL | Ch. 6 | (ABC) | Austin/Rochester/Mason City, MN | 9:00-10:00 | am |
| KVUE | Ch. 24 | (ABC) | Austin, TX | 9:30-10:30 | am |

* new station          # new time



ONE DAY DELAY - Cont'd

|        |         |            |                                  |                |    |
|--------|---------|------------|----------------------------------|----------------|----|
| KGET   | Ch. 17  | (NBC)      | Bakersfield, CA                  | 9:00-10:00 am  |    |
| WRBT   | Ch. 33  | (NBC)      | Baton Rouge, LA                  | 9:00-10:00 am  |    |
| KFDM   | Ch. 6   | (CBS)      | Beaumont, TX                     | 9:00-10:00 am  |    |
| * KTVZ | Ch. 21  | (NBC/CBS)  | Bend, OR                         |                |    |
|        |         |            | beginning 9/21                   | 3:00-4:00      | pm |
| KULR   | Ch. 8   | (ABC)      | Billings, MT                     | 9:00-10:00 am  |    |
| WLOX   | Ch. 13  | (ABC)      | Biloxi, MS                       | 9:00-10:00 am  |    |
| WBNG   | Ch. 2   | (CBS)      | Binghamton, NY                   | 9:00-10:00 am  |    |
| WBRC   | Ch. 6   | (ABC)      | Birmingham, AL                   | 8:00-9:00      | am |
| KFYR   | Ch. 5   | (NBC)      | Bismarck/Minot, ND               | 9:00-10:00 am  |    |
| KTVB   | Ch. 7   | (NBC)      | Boise, ID                        | 9:00-10:00 am  |    |
| WBKO   | Ch. 13  | (ABC)      | Bowling Green, KY                | 9:00-10:00 am  |    |
| WDTV   | Ch. 5   | (CBS)      | Bridgeport/Clarksburg/Weston, WV | 9:00-10:00 am  |    |
| WIVB   | Ch. 4   | (CBS)      | Buffalo, NY                      | 9:00-10:00 am  |    |
| * KXLF | Ch. 4   | (CBS)      | Butte, MT                        | 3:00-4:00      | pm |
|        |         |            |                                  |                |    |
| KTWO   | Ch. 2   | (ABC/NBC)  | Casper/Riverton, WY              | 9:00-10:00 am  |    |
| KCRG   | Ch. 9   | (ABC)      | Cedar Rapids, IA                 | 9:00-10:00 am  |    |
| WOWK   | Ch. 13  | (ABC)      | Charleston/Huntington, WV        | 9:00-10:00 am  |    |
| WCIV   | Ch. 4   | (NBC)      | Charleston/Mt. Pleasant, SC      | 9:00-10:00 am  |    |
| WSOC   | Ch. 9   | (ABC)      | Charlotte, NC                    | 9:00-10:00 am  |    |
| WVIR   | Ch. 29  | (NBC)      | Charlottesville, VA              | 9:00-10:00 am  |    |
| WTOM   | Ch. 4   | (NBC)      | Cheyboygan, MI                   | 9:00-10:00 am  |    |
| * WFLD | Ch.32   | (FOX)      | Chicago, IL                      | 10:00-11:00 am |    |
| WLWT   | Ch. 5   | (NBC)      | Cincinnati, OH                   | 9:00-10:00 am  |    |
| KMCC   | Ch. 12  | (ABC)      | Clovis, NM                       | 9:00-10:00 am  |    |
| KKTV   | Ch. 11  | (CBS)      | Colorado Springs/Pueblo, CO      | 9:00-10:00 am  |    |
| WNHT   | Ch. 21  | (Ind)      | Concord, NH                      | 9:00-10:00 am  |    |
| KCBY   | Ch. 11  | (NBC)      | Coos Bay, OR                     | 9:00-10:00 am  |    |
| WLTX   | Ch. 19  | (CBS)      | Columbia, SC                     | 9:00-10:00 am  |    |
| WTVM   | Ch. 9   | (ABC)      | Columbus, GA                     | 9:00-10:00 am  |    |
| WCMH   | Ch. 4   | (NBC)      | Columbus, OH                     | 9:00-10:00 am  |    |
|        |         |            |                                  |                |    |
| WFAA   | Ch. 8   | (ABC)      | Dallas/Ft. Worth, TX             | 9:00-10:00 am  |    |
| KWQC   | Ch. 6   | (NBC)      | Davenport, IA                    | 9:00-10:00 am  |    |
| WDTN   | Ch. 2   | (ABC)      | Dayton, OH                       | 9:00-10:00 am  |    |
| WOI    | Ch. 5   | (ABC)      | Des Moines/Ames, IA              | 9:00-10:00 am  |    |
| # WXYZ | Ch. 7   | (ABC)      | Detroit, MI                      | 10:00-11:00 am |    |
| KQCD   | Ch. 7   | (ABC/NBC)  | Dickinson, ND                    | 9:00-10:00 am  |    |
| KREZ   | Ch. 6   | (CBS/NBC)  | Durango, CO                      | 8:00-9:00      | am |
|        |         |            |                                  |                |    |
| WEAU   | Ch. 13  | (NBC)      | Eau Claire/LaCrosse, WI          | 10:00-11:00 am |    |
| WSJV   | Ch. 28  | (ABC)      | Elkhart/South Bend, IN           | 9:00-10:00 am  |    |
| WENY   | Ch. 36  | (ABC)      | Elmira, NY                       | 5:00-6:00      | pm |
| KTSM   |         |            | El Paso, TX                      | 9:00-10:00 am  |    |
| KTVC   | Ch. 6   | (CBS)      | Ensign, KS                       | 9:00-10:00 am  |    |
| WICU   | Ch. 12  | (NBC)      | Erie, PA                         | 9:00-10:00 am  |    |
| KVAL   | Ch. 14  | (NBC)      | Eugene, OR                       | 9:00-10:00 am  |    |
| KIEM   | Ch. 3   | (CBS/NBC)  | Eureka, CA                       | 9:00-10:00 am  |    |

* new station     # new time

-3-

ONE DAY DELAY - Cont'd

| WDAY | Ch. 6  | (NBC)     | Fargo/Moorehead, ND                    | 9:00-10:00 am |
|------|--------|-----------|----------------------------------------|---------------|
| WJRT | Ch. 12 | (ABC)     | Flint/Saginaw, MI                      | 9:00-10:00 am |
| WBTW | Ch. 13 | (CBS)     | Florence, SC                           | 9:00-10:00 am |
| WBBH | Ch. 20 | (NBC)     | Ft. Meyers, FL                         | 9:00-10:00 am |
| KFSM | Ch. 5  | (NBC)     | Ft. Smith, AR                          | 9:00-10:00 am |
| WPTA | Ch. 21 | (ABC)     | Ft. Wayne, IN                          | 9:00-10:00 am |
| WOGX | Ch. 51 | (Ind)     | Gainesville/Ocala, FL                  | 10:00-11:00 am |
| KREX | Ch. 5  | (CBS/NBC) | Grand Junction, CO                     | 8:00-9:00  am |
| KFBB | Ch. 5  | (ABC)     | Great Falls, MT                        | 9:00-10:00 am |
| WLUK | Ch. 11 | (NBC)     | Green Bay, WI                          | 9:00-10:00 am |
| WXII | Ch. 12 | (NBC)     | Greensboro/Winston-Salem, NC           | 9:00-10:00 am |
| WXVT | Ch. 15 | (CBS)     | Greenville, MS                         | 9:00-10:00 am |
| WCTI | Ch. 12 | (ABC)     | Greenville/New Bern/Washington, NC     | 9:00-10:00 am |
| WYFF | Ch. 4  | (NBC)     | Greenville/Spartanburg, SC             | 9:00-10:00 am |
| WGAL | Ch. 8  | (NBC)     | Harrisburg/Lancaster/Lebanon, PA       | 9:00-10:00 am |
| WHSV | Ch. 3  | (ABC)     | Harrisonburg, VA                       | 9:00-10:00 am |
| WTNH | Ch. 8  | (ABC)     | Hartford/New Haven, CT                 | 9:00-10:00 am |
| WDAM | Ch. 7  | (NBC)     | Hattiesburg/Laurel, MS                 | 3:30-4:30  pm |
| KAYS | Ch. 7  | (CBS)     | Hays/Goodland, KS                      | 9:00-10:00 am |
| KDUH | Ch. 4  | (NBC)     | Hays Springs, NE                       | 8:00-9:00  am |
| KTRK | Ch. 13 | (ABC)     | Houston, TX                            | 10:00-11:00 am |
| WAFF | Ch. 48 | (NBC)     | Huntsville/Decatur, AL                 | 8:00-9:00  am |
| KIFI | Ch. 8  | (NBC)     | Idaho Falls/Pocatello, ID              | 11:00-12:00 Noon |
| WTTV | Ch. 4  | (Ind)     | Indianapolis, IN                       | 9:00-10:00 am |
| WLBT | Ch. 3  | (NBC)     | Jackson, MS                            | 9:00-10:00 am |
| WJXT | Ch. 4  | (CBS)     | Jacksonville, FL                       | 9:00-10:00 am |
| KRCG | Ch. 13 | (CBS)     | Jefferson City/Columbia, MO            | 8:00-9:00  am |
| WTAJ | Ch. 10 | (CBS)     | Johnston/Altoona, PA                   | 9:00-10:00 am |
| KAIT | Ch. 8  | (ABC)     | Jonesboro, AR                          | 9:00-10:00 am |
| KODE | Ch. 12 | (ABC)     | Joplin, MO                             | 9:00-10:00 am |
| KMBC | Ch. 9  | (ABC)     | Kansas City, MO                        | 9:00-10:00 am |
| KVEW | Ch. 42 | (ABC)     | Kennewick, WA                          | 10:00-11:00 am |
| WTZA | Ch. 62 | (Ind)     | Kingston, NY                           | 9:00-10:00 am |
| WBIR | Ch. 10 | (CBS)     | Knoxville, TN                          | 9:00-10:00 am |
| KATC | Ch. 3  | (ABC)     | Lafayette, LA                          | 9:00-10:00 am |
| KPLC | Ch. 7  | (NBC)     | Lake Charles, LA                       | 9:00-10:00 am |
| WLNS | Ch. 6  | (CBS)     | Lansing, MI                            | 9:00-10:00 am |
| KHSD | Ch. 11 | (NBC)     | Lead, SD                               | 8:00-9:00  am |
| WLEX | Ch. 18 | (NBC)     | Lexington, KY                          | 9:00-10:00 am |
| WLIO | Ch. 35 | (NBC)     | Lima, OH                               | 9:00-10:00 am |
| KBGT | Ch. 8  | (ABC)     | Lincoln/Kearney/Hastings, NE           | 9:00-10:00 am |
| KTHV | Ch. 15 | (CBS)     | Little Rock, AR                        | 9:00-10:00 am |
| KNBC | Ch. 4  | (NBC)     | Los Angeles, CA                        | 3:00-4:00  pm & Sun. 11:45 pm - 12:45 am |
| WAVE | Ch. 3  | (NBC)     | Louisville, KY                         | 9:00-10:00 am |
| KAMC | Ch. 28 | (ABC)     | Lubbock, TX                            | 9:00-10:00 am |

-4-

ONE DAY DELAY - Cont'd

| | | | | |
|------|--------|--------------|--------------------------------|--------------------|
| WMAZ | Ch. 13 | (CBS) | Macon, GA | 9:00-10:00 am |
| WMTV | Ch. 15 | (NBC) | Madison, WI | 11:00-12:00 noon |
| *WLUC | Ch. 8 | (CBS/NBC) | Marquette, MI | 9:00-10:00 am |
| WMC | Ch. 5 | (NBC) | Memphis, TN | 9:00-10:00 am |
| WPLG | Ch. 10 | (ABC) | Miami, FL | 9:00-10:00 am |
| KMID | Ch. 2 | (NBC) | Midland/Odessa, TX | 9:00-10:00 am |
| WITI | Ch. 6 | (CBS) | Milwaukee, WI | 11:00-12:00 noon |
| WCCO | Ch. 4 | (CBS) | Minneapolis/St. Paul, MN | 8:00-9:00 am |
| KMOT | Ch. 10 | (NBC) | Minot, ND | 9:00-10:00 am |
| WALA | Ch. 10 | (NBC) | Mobile, AL | 9:00-10:00 am |
| KNOE | Ch. 8 | (CBS) | Monroe, LA | 9:00-10:00 am |
| WSFA | Ch. 12 | (NBC) | Montgomery, AL | 8:00-9:00 am |
| KREY | Ch. 10 | (CBS/NBC) | Montrose, CO | 9:00-10:00 am |
| WKRN | Ch. 2 | (ABC) | Nashville, TN | 9:00-10:00 am |
| WNTZ | Ch. 48 | (Ind) | Natchez, MS | 8:00-9:00 am |
| WVUE | Ch. 8 | (ABC) | New Orleans, LA | 9:00-10:00 am |
| *WOAY | Ch. 4 | (ABC) | Oak Hill, WV | 9:00-10:00 am |
| KOCO | Ch. 5 | (ABC) | Oklahoma City, OK | 9:00-10:00 am |
| WCPX | Ch. 6 | (CBS) | Orlando/Daytona Beach, FL | 9:00-10:00 am |
| KESQ | Ch. 42 | (ABC) | Palm Springs, CA | 9:00-10:00 am |
| WJHG | Ch. 7 | (ABC) | Panama City, FL | 9:00-10:00 am |
| WTAP | Ch. 18 | (NBC) | Parkersburg, WV | 9:00-10:00 am |
| WEEK | Ch. 25 | (NBC) | Peoria, IL | 9:00-10:00 am |
| KTVK | Ch. 3 | (ABC) | Phoenix, AZ | 9:00-10:00 am |
| WTAE | Ch. 4 | (ABC) | Pittsburgh, PA | 9:00-10:00 am |
| WPTZ | Ch. 5 | (NBC) | Plattsburgh, NY/Burlington, VT | 9:00-10:00 am |
| KGW | Ch. 8 | (NBC) | Portland, OR | 4:00-5:00 pm |
| WAGM | Ch. 8 (CBS/NBC/ABC) | | Presque Isle, ME | 9:00-10:00 am |
| WJAR | Ch. 10 | (NBC) | Providence, RI | 9:00-10:00 am |
| WTVD | Ch. 11 | (CBS) | Raleigh/Durham, NC | 9:00-10:00 am |
| KOTA | Ch. 3 | (NBC) | Rapid City, SD | 8:00-9:00 am |
| WWBT | Ch. 12 | (NBC) | Richmond, VA | 9:00-10:00 am |
| WSET | Ch. 13 | (ABC) | Roanoke/Lynchburg, VA | 9:00-10:00 am |
| WOKR | Ch. 13 | (ABC) | Rochester, NY | 9:00-10:00 am |
| WTVO | Ch. 17 | (NBC) | Rockford, IL | 4:00-5:00 pm |
| KPIC | Ch. 4 | (NBC) | Roseburg, OR | 9:00-10:00 am |
| KBIM | Ch. 10 | (CBS) | Roswell, NM | 9:00-10:00 am |

* new station

ONE DAY DELAY - Cont'd

| | | | | |
|---|---|---|---|---|
| KSBW | Ch. 8 | (NBC) | Salinas/Monterey, CA | 9:00-10:00 am |
| WBOC | Ch. 16 | (CBS/NBC) | Salisbury, MD | 9:00-10:00 am |
| KTVX | Ch. 4 | (ABC) | Salt Lake City, UT | 9:00-10:00 am |
| KIDY | Ch. 6 | (Ind) | San Angelo, TX | 9:00-10:00 am |
| KMOL | Ch. 4 | (NBC) | San Antonio, TX | 9:00-10:00 am |
| KSBY | Ch. 6 | (NBC) | Santa Barbara/San Louis Obispo/ | |
| | | | Santa Maria, CA | 9:00-10:00 am |
| WWSB | Ch. 40 | (ABC) | Sarasota, FL | 9:00-10:00 am |
| WJCL | Ch. 22 | (ABC) | Savannah, GA | 9:00-10:00 am |
| KING | Ch. 5 | (NBC) | Seattle, WA | 4:00-5:00 pm |
| KSGW | Ch. 12 | (NBC) | Sheridan, WY | 8:00-9:00 am |
| KCAU | Ch. 9 | (ABC) | Sioux City, IA | 9:00-10:00 am |
| * KSFY | Ch. 13 | (ABC) | Sioux Falls, SD | 9:00-10:00 am |
| KXLY | Ch. 4 | (ABC) | Spokane, WA | 9:00-10:00 am |
| WWLP | Ch. 22 | (NBC) | Springfield, MA | 9:00-10:00 am |
| WIXT | Ch. 9 | (ABC) | Syracuse, NY | 9:00-10:00 am |
| | | | | |
| WCTV | Ch. 6 | (CBS) | Tallahassee, FL | 9:00-10:00 am |
| WTSP | Ch. 10 | (ABC) | Tampa/St. Petersburg, FL | 9:00-10:00 am |
| WBAK | Ch. 38 | (ABC) | Terre Haute, IN | 10:00-11:00 am |
| WTVG | Ch. 13 | (NBC) | Toledo, OH | 9:00-10:00 am |
| WPBN | Ch. 7 | (NBC) | Traverse City/Cadillac, MI | 9:00-10:00 am |
| WCYB | Ch. 7 | (NBC) | Tri Cities (Bristol/Kingsport/ | |
| | | | Johnson City, VA) | 9:00-10:00 am |
| KOLD | Ch. 13 | (CBS) | Tucson, AZ | 9:00-10:00 am |
| KJRH | Ch. 2 | (NBC) | Tulsa, OK | 4:00-5:00 pm |
| WTVA | Ch. 9 | (ABC) | Tupelo/Columbus, MS | 9:00-10:00 am |
| * KLTV | Ch. 7 | (ABC/NBC/CBS) | Tyler, TX | 9:00-10:00 am |
| | | | | |
| KXXV | Ch. 25 | (ABC) | Waco/Temple, TX | 9:00-10:00 am |
| W*USA | Ch. 9 | (CBS) | Washington, DC | 9:00-10:00 am |
| WWNY | Ch. 7 | (CBS) | Watertown/Carthage, NY | 9:00-10:00 am |
| * WAOW | Ch. 9 | (ABC) | Wausau, WI | 10:00-11:00 am |
| WPTV | Ch. 5 | (NBC) | West Palm Beach, FL | 9:00-10:00 am |
| WTRF | Ch. 7 | (CBS) | Wheeling, WV | 9:00-10:00 am |
| KSWO | Ch. 7 | (ABC) | Wichita, TX/Lawton, OK | 9:00-10:00 am |
| * KFDX | Ch. 3 | (NBC) | Wichita Falls, TX | |
| | | | beginning 10/5 | 9:00-10:00 am |
| WBRE | Ch. 28 | (NBC) | Wilkes-Barre/Scranton, PA | 9:00-10:00 am |
| KUMV | Ch. 28 | (NBC) | Williston, ND | 9:00-10:00 am |
| WWAY | Ch. 3 | (ABC) | Wilmington, NC | 9:00-10:00 am |
| | | | | |
| KAPP | Ch. 35 | (ABC) | Yakima, WA | 9:00-10:00 am |
| | | | | |
| WHIZ | Ch. 18 | (NBC) | Zanesville, OH | 9:00-10:00 am |

* new station

-6-

CANADIAN STATIONS

| | | | | |
|---|---|---|---|---|
| *CFRN | Ch. 3 | (CTV) | Edmonton, Alberta | 10:00-11:00 am |
| CFPL | Ch. 10 | (Ind) | London, Ontario | 9:00-10:00 am |
| CITY | Ch. 79 | (Ind) | Toronto, Ontario | 9:00-10:00 am |
| *CHAN | Ch. 8 | (BCTV) | Vancouver, British Columbia | 4:00-5:00  pm |
| CKNX | Ch. 8 | (CBS) | Wingham, Ontario | 9:00-10:00 am |
| CKY | Ch. 7 | (CTV) | Winnipeg, Manitoba | 9:00-10:00 am |

TWO DAY DELAY

| | | | | |
|---|---|---|---|---|
| #WMAR | Ch. 2 | (NBC) | Baltimore, MD | 9:00-10:00 am |
| WPSD | Ch. 6 | (NBC) | Paducah, KY | 9:00-10:00 am |
| KRGV | Ch. 5 | (ABC) | Weslaco/Harlingen, TX | 9:00-10:00 am |

THREE DAY DELAY

| | | | | |
|---|---|---|---|---|
| KSDK | Ch. 5 | (NBC) | St. Louis, MO | 9:00-10:00 am |

ONE WEEK DELAY

| | | | | |
|---|---|---|---|---|
| WTVC | Ch. 9 | (ABC) | Chattanooga, TN | 10:00-11:00 am |
| KATN | Ch. 2 | (NBC/ABC) | Fairbanks, AK | 5:00-6:00  pm |
| WPVI | Ch. 6 | (ABC) | Philadelphia, PA | 9:00-10:00 am |
| | | | ***Philadelphia may air show any day within this week*** | |
| KCRA | Ch. 3 | (NBC) | Sacramento/Stockton, CA | 4:00-5:00  pm |

TWO WEEK DELAY

| | | | | |
|---|---|---|---|---|
| WLBZ | Ch. 22 | (NBC) | Bangor, ME | 12:30-1:30 pm |
| KBJR | Ch. 6 | (NBC) | Duluth, MN | 9:00-10:00 am |
| WMGM | Ch. 40 | (NBC) | Linwood/Atlantic City, NJ | 7:00-8:00  pm |
| KTVL | Ch. 10 | (NBC) | Medford, OR | 4:00-5:00  pm |
| WCSH | Ch. 6 | (NBC) | Portland, ME | 12:30-1:30 pm |

THREE WEEK DELAY

| | | | | |
|---|---|---|---|---|
| WFMZ | Ch. 69 | (Ind) | Allentown, PA | 9:00-10:00 pm |
| KAME | Ch. 21 | (Ind) | Reno, NV | 11:00-12:00 noon |
| WKTV | Ch. 2 | (NBC) | Utica, NY | 9:00-10:00 am |

* new station   # new time



-7-

## INTERNATIONAL MARKETS

ARAMCO SYSTEM - Saudia Arabia
CCS - Aruba, The Netherlands, Antilles
BTQ7 - Brisbane, Australia
ADS7 - Adelaide, Australia
CENTRAL TV - England
THEMES TV - England
LIFESTYLE CABLE - U.K.
SRI LANKA TV - Sri Lanka

## ARMED FORCES RADIO & TELEVISION

Belgium, Germany, Italy, Panama, Spain, Crete, Turkey, Japan, Phillipines,
Cuba, Azores, Okinawa, Puerto Rico, Ireland, Greenland, Korea, Alaska, Indian
Ocean, Marshall Islands, Australia

(222)

9-22-93

1. Brandon Arpad -

2. D. Canfield -

3. M. Guy

4.

5.



**162 East Ohio Street at North Michigan Avenue**
**Chicago, Illinois 60611**
**(312) 787-3100 • Outside Illinois: (800) 848-2031**



**162 East Ohio Street at North Michigan Avenue**
**Chicago, Illinois 60611**
**(312) 787-3100 • Outside Illinois: (800) 848-2031**





### Lieutenant Governor

## Leo McCarthy

### State of California

☐   STATE CAPITOL
ROOM 1114
SACRAMENTO, CA 95814
(916) 445-8994

☐   711 VAN NESS AVENUE
SUITE 305
SAN FRANCISCO, CA 94102
(415) 557-2662

☐   5777 WEST CENTURY BOULEVARD
SUITE 1650
LOS ANGELES, CA 90045-5631
(213) 412-6118

☐   1350 FRONT STREET
SUITE 6046
SAN DIEGO, CA 92101
(619) 238-3489

# LT. GOVERNOR'S COMMISSION ON THE PREVENTION OF HATE VIOLENCE

## MEETING AGENDA

10:30 a.m. - 12:30 p.m.
January 7, 1992
University Synagogue
Los Angeles

I.    Call to Order and Introductory Remarks

      Lt. Governor Leo McCarthy

II.    First Panel: <u>Youthful Offenders</u>

      Greg Withrow, former youth organizer/recruiter for White Aryan Resistance

      Questions, Discussion

III.   Second Panel: <u>Unlearning Prejudice</u>

      Ed Wilder             California Youth Authority Efforts
      Dr. Norman Miller    Methods for Unlearning Prejudice

      Questions to Panel, Discussion

IV.   Closing Remarks

      Lt. Governor Leo McCarthy





the SOLOFILM company

April 24, 1991

Hi Greg,

I am returning
the tapes you sent
to us earlier this
week. I am also
including $3.50
to reimburse you
for your expenses.
Let me know if you
need anything else.

Randi

1888 Century Park East • 5th Floor • Los Angeles, Calif. 90067

the SOLOFILM company

*Beverly Hills CA*

*PO 212*

## M E M O R A N D U M

### ZIFFREN, BRITTENHAM, BRANCA & FISCHER

*Hollywood.*
*1213 - 555-1212*

TO:     Gregory Withrow
        c/o Law Offices of James M. Leonard
        11845 W. Olympic Boulevard
        Suite 645                                       *Jill Cutler*
        Los Angeles, CA  90064                          *310 - 288-4545*
        Attention: James M. Leonard, Esq.               *Keith Sears, Tech.*

FROM:   Dixie Dunbar, Paralegal          CC:    Steve Burkow, Esq.

DATE:   As of October 19, 1995          FILE:  503.50.1

RE:     **"The Life Story of Gregory Withrow" aka "Inside the Mind of a Racist"**

---

This will confirm the basic points of the agreement between the Producer and Owner (as hereinafter defined) with respect to the above-referenced proposed motion picture project (the "Picture"):

CONDITION PRECEDENT:  This memorandum of agreement and Producer's obligations hereunder are expressly conditioned upon and subject in all respects to (i) Producer's receipt of the rights agreement dated concurrently herewith signed on behalf of KQED, Inc. with respect to the article written by Marilee Strong entitled "Inside the Mind of a Racist" that was published in the San Francisco Focus (the "Article"); (ii) executed releases from those individuals identified in Paragraph 9. below; (iii) Producer's receipt of this agreement and the short form option and short form assignment attached hereto as Exhibits "B" and "C" respectively; and (iv) review and approval of the chain of title for the Article and the Property by Producer's counsel.

1.   Producer:          Children At Play, Inc.     *Woody Harrelson.*

2.   Owner:             Gregory Withrow (Any and all payments to Owner hereunder shall be made payable to the James M. Leonard Clients-Trust Account.)

3.   Property:          The Property consists of the life story of Owner through the date of Owner's execution of this agreement.

4.   Exclusive Option
     Period and Fees:   (a)    Initial 12 months commencing on the date of signature

hereof for the sum of $5,000. (which sum shall be applicable against the purchase price of the 'Property), payable upon the execution hereof.

(b)    Optional extension of 12 months upon written notice and payment to Owner of the sum of $5,000. (which sum shall not be applicable against the purchase price of the Property), payable at any time prior to the expiration of the extended option period.

(c)    The initial option period and the extended option period, if any, shall be automatically extended without the necessity of formal notice during (i) one or more events of force majeure but no such extension shall exceed twelve (12) months in the aggregate, or (ii) the pendency of any claim involving Owner's representations and warranties hereunder which in the good faith judgment of Producer's legal counsel might interfere in the timely development, production, delivery or exploitation of any motion pictures or other productions produced hereunder but no such extension shall exceed twelve. (12) months in the aggregate.

5.    Setup Bonus:    If during the option period, as the same may be extended, Producer enters into a binding, unconditional written agreement with a third party major motion picture studio, (e.g., Fox, Warner Bros., Paramount, Universal), mini-major motion picture studio (e.g., New Line, Castlerock, Miramax or Turner) or a network for the development and/or production of the Picture, then Owner shall receive a one-time bonus of $15,000., which sum shall be applicable against the purchase price set forth in Paragraph 6. below, payable no later than 30 days following Producer's execution of such third party agreement.

6.    Exercise of Option/
       Purchase Price:    If Producer exercises its option hereunder to purchase the Property, the payments set forth in Paragraphs 4.(a) and 5. above will apply toward and be credited against the purchase price of $150,000. for the rights set forth in Paragraph 8. below.

7.    Contingent
       Net Proceeds:    2% of 100% of the "contingent net proceeds" derived from the

- 2 -

Picture.   For purposes of this agreement, contingent net proceeds shall be defined, computed, accounted for and paid in accordance with the world-wide distributor's standard definition thereof.   In the event there is no world-wide distributor for the Picture, contingent net proceeds shall be defined no less favorably than the contingent net proceeds are defined, computed, accounted for and paid to the writer(s) of the Picture; provided, however, that the definition of contingent net proceeds applicable to Owner shall not be subject to cross-collateralization with other motion pictures, abandonment charges or over-budget penalties.

8.    Rights:          Upon exercise of the option, Producer shall own, exclusively and forever, throughout the universe, all rights in all languages in the Property, (including any and all releases reasonably required as set forth in Paragraph 9. below) including, without limitation, the following: all motion picture rights, all television motion picture rights, all home video rights, computer assisted media rights (including, without limitation, CD-ROM, CD-I, and other disc systems, interactive media, and any other devices, systems or methods now existing or hereafter devised) and all allied and subsidiary rights, including, without limitation, sequel and remake rights, music publishing rights, soundtrack album rights, merchandising rights, novelizations and books-on-tape rights, and promotional and advertising rights (including, without limitation, the right to broadcast, over radio, television and all other media, advertisements with respect to the Picture and other productions produced hereunder).  The rights herein granted include the right to use the title of the Property and to distribute, transmit, exhibit, broadcast, and otherwise exploit the Picture and all other productions produced pursuant to this agreement by means of any and all media and devices whether now known or hereafter devised, including, without limitation, video cassettes and discs, and in any and all markets whatsoever.  Owner hereby assigns to Producer in perpetuity all rental and lending rights under national laws (whether implemented pursuant to the EC Rental and Lending Rights Directive or otherwise) and Owner hereby agrees that the remuneration set forth hereunder is equitable compensation for the assignment of such rights. Producer may in its discretion make any and all changes in, additions to, and deletions from the Property.

- 3 -

Producer may use Owner's name, approved likeness, and approved biographical material (which Owner shall supply to Producer if so requested) in and in connection with the exploitation of the rights granted under this agreement. Producer agrees that Producer shall not reveal in the Picture or otherwise Owner's and/or Owner's wife's true place of residence or the aliases under which they are now known.

Nothing contained in this agreement shall be construed as requiring Producer to exercise or exploit any of the rights granted to or acquired by Producer hereunder.

9. Releases:

Owner agrees to concurrently sign and to aid Producer in obtaining signed releases from Owner's wife (for no additional compensation to Producer) and from such other persons as Producer may from time to time reasonably designate. Such releases shall be in the form of the releases attached hereto as Exhibits "A", "A-1" and "A-2" respectively or otherwise in form and substance reasonably satisfactory to Producer's counsel. It is agreed that the preceding provisions of this paragraph are a material covenant of this Agreement.

10. Characters,
Fictionalization:

It is expressly understood and agreed that a character or characters in any production based on the Property may resemble Owner. Owner hereby grants to Producer the full right and authority to use Owner's name, voice, approved likeness and characteristics and biography (which Owner shall supply to Producer if so requested) in and in connection with such character(s). Owner understands the need of producers of motion pictures to fictionalize portions of stories for dramatic interest. Owner agrees that Producer is and shall be free to fictionalize, in whole or in part, adapt, dramatize, rearrange, add to and/or subtract from the Property, and any information provided by Owner pursuant to Paragraph 11. below, in the Picture and any other productions produced hereunder; provided, however, as provided in Paragraph 8. above, Producer shall not reveal in the Picture or otherwise Owner's and/or Owner's wife's true place of residence or the aliases under which they are now known. Owner understands that said character(s) may contain some of Owner's characteristics and not others, and that said character(s) may participate in activities in which Owner actually participated, and in others in which Owner did not. Furthermore, said

- 4 -

character(s) may be portrayed by an actor or actors who may or may not resemble Owner. Owner hereby represents and agrees that Owner will not bring, institute or assert, or consent that others bring, institute or assert, any claim or action against Producer on the grounds that anything contained in any production based on the Property, or the advertising and publicity issued in connection therewith, is defamatory, reflects adversely on Owner, or violates any other rights whatsoever, including, without limitation, rights of privacy and publicity, and Owner hereby releases Producer from and against any claims, demands, actions, causes of action, suits, costs, expenses, liabilities and damages whatsoever that Owner may now or hereafter have against Producer in connection with any productions produced hereunder based on the Property and the preparation, production, performance, broadcast, exhibition, distribution and/or exploitation thereof, or any other use or exploitation of the rights granted to the Producer in this Agreement.

11.  Consultation:    In connection with the rights granted to Producer hereunder and in consideration of the payments received by Owner hereunder, Owner agrees, without additional compensation and subject to Owner's reasonable availability, to consult with Producer as and when reasonably requested by Producer during the development, pre-production and/or production of the Picture or other production that may be produced hereunder based in whole or in part upon the Property. Owner agrees to cooperate with Producer, and with such persons as Producer may designate, to the fullest extent possible and to the best of Owner's ability. Owner agrees that Producer may make an account, by any means whatsoever, of interviews, conversations, etc., between Owner and Producer or Producer's designees. Producer shall be free to use or not use all or any part of the information provided by Owner hereunder in the Picture or any other productions produced hereunder in any manner that Producer deems appropriate in its sole discretion.

12.  Representations
     and Warranties:    Owner hereby represents and warrants that:

                        (a)    Any and all information provided by Owner pursuant to Paragraph 11. above shall be factually correct and either owned by Owner or in the public domain;

- 5 -

(b)   Owner has the exclusive right, power and authority to
enter into this agreement and grant Producer all the rights
herein provided for;

(c)   No motion picture, television, radio, dramatic or other
version or adaptation of the Property, except the Article, has
heretofore been authorized or made, produced, performed, or
copyrighted;

(d)   The full use of the Property and/or the information
provided for by Owner pursuant to Paragraph 11. above, or
any part thereof, as herein granted will not constitute a libel or
defamation of, or an invasion of the rights of privacy or
otherwise violate or infringe upon any other right or rights
whatsoever of any person or entity;

(e)   To the best of Owner's knowledge, there is no
outstanding claim or litigation pending against the title or
ownership of the Property or any part thereof or in the rights
therein; and

(f)   Owner has not assigned or licensed to any other person
or entity or in any manner encumbered or hypothecated any of
the rights herein granted to Producer with respect to the·
Property nor has Owner agreed to do so.

13.   Indemnities:        (a)   Indemnities by Owner:  Owner agrees to indemnify
Producer, its successors, assigns, licensees, officers, directors
and employees, and hold them harmless from and against any
and all claims, liability, losses, damages, costs, expenses
(including reasonable attorneys' fees), judgments and penalties
arising out of, resulting from, based upon or incurred because
of the breach by Owner of any agreement or warranty made by
Owner hereunder.

(b)   Indemnities by Producer:  Producer agrees to indemnify
Owner, and hold Owner harmless from and against any and all
claims, liability, losses, damages, costs, expenses (including
reasonable attorneys' fees), judgments and penalties arising out
of, resulting from, based upon or incurred because of the
addition, subtraction or alteration of the Property by Producer
or at Producer's request, in connection with the development,
production, distribution, exploitation and advertising of any

- 6 -

motion picture or other production produced hereunder. Producer shall make application to add Owner as an additional insured on the errors and omissions insurance policy for the Picture during customary periods of development, production, distribution and exploitation of the Picture, subject to the limitations, restrictions and terms of said policies.

(c)    Notice and Pendency of Claims:    The party receiving notice of any claim or action subject to indemnity hereunder shall promptly notify the other party.

14.    Limitation
of Remedies:        In the event of a breach of this agreement by Producer, Owner shall be limited to an action at law for damages, if any, and Owner hereby waives any right to injunctive or other equitable relief. No failure on the part of Producer to perform any of its obligations hereunder shall be deemed a breach of this agreement unless and until Producer fails to cure such failure to perform within thirty (30) calendar days after receipt by Producer of written notice from Owner of such failure to perform.

15.    Other Terms:        (a)    In the event that Producer does not exercise its option hereunder, Producer shall have no further rights in and to the Property; provided, however, that notwithstanding anything which might be construed to the contrary in this agreement, Owner shall not be deemed to have acquired any right, title or interest in or to any or the material prepared by or at Producer's direction and Producer shall own in perpetuity all such material.

(b)    Nothing contained in this agreement shall be construed to be or operate in derogation or limitation of any rights to which Producer may be entitled as a member of the public even if this agreement were not in existence.

(c)    Producer's obligations hereunder are subject to Artist delivering a completed Form I-9 and W-4, if appropriate.

(d)    Producer shall have the right to assign any or all of its rights under this agreement to any third party, but no such assignment shall relieve Producer of its obligations to Owner hereunder unless the assignee is a major motion picture studio, mini-major motion picture studio or network or other party of

- 7 -

equivalent financial responsibility to Owner and which assumes such obligations to Owner hereunder in writing.

(e)     The balance of this agreement shall be Producer's standard terms (e.g., detailed representations, warranties and indemnities, Producer's right of suspension and/or termination in the event of force majeure, strike, death, disability or default; third party claim[s]; assignment; FCC 507 [if applicable]; no recision/equitable relief; insurance; remedies; name and likeness; applicability of California law), subject to such written changes as may be mutually agreed to after good faith negotiations within Producer's customary parameters for deals of this nature. Unless and until Producer and Owner enter into a more formal agreement, this agreement shall constitute a binding agreement between the parties, shall supersede any prior or contemporaneous agreements, and may not be waived or amended, except by a written instrument signed by the party to be charged.  The parties hereto shall execute all further documents reasonably necessary to carry out the purpose and intent of the agreement.

(f)     Concurrent with the execution of this agreement Owner shall execute (or cause the execution of) and deliver to Producer the Personal Releases attached hereto as Exhibits "A" and "A-1"; the short form option attached hereto as Exhibit "B", the short form assignment attached hereto as Exhibit "C" and the side agreement attached hereto as Exhibit "D".  Execution of the short form assignment shall become effective only upon the exercise of the option set forth herein and Producer is hereby authorized to insert the date of such exercise of the option as the date thereof.  If Producer does not exercise its option, if so requested by Owner in writing, Producer shall return to Owner the signed short form assignment.  Each exhibit is attached hereto and incorporated herein by this reference.     Execution of the short form assignment shall become effective only upon the exercise of the option set forth herein and Producer is hereby authorized to insert the date of such exercise of the option as the date thereof.

(g)     This agreement shall be construed in accordance with

- 8 -

the laws of the State of California applicable to agreements executed and fully performed therein.

APPROVED AND AGREED:

PRODUCER:

CHILDREN AT PLAY, INC.

By: _Robert Morgan_

Its: _Asst Secretary_

OWNER:

_Gregory Withrow_

GREGORY WITHROW

Date: _12-14-95_

- 9 -

## EXHIBIT "A"

## PERSONAL RELEASE

Date: As of October 19, 1995

To:  Children At Play, Inc.
c/o Ziffren, Brittenham, Branca & Fischer
2121 Avenue of the Stars, 32nd Floor
Los Angeles, CA 90067

Reference is made to that certain agreement ("Agreement") dated concurrently herewith between you and the undersigned relating to your option to acquire certain exclusive rights in and to my life story (the "Life Story").

1.     For good and valuable consideration, receipt and adequacy of which is hereby acknowledged, during the option period, as the same may be extended, and in the event you exercise your option pursuant to the Agreement, I hereby irrevocably grant to you, your successors, licensees, agents and assigns, perpetually, exclusively and throughout the universe, the right to use my name, voice, approved likeness, characteristics and approved biography (which I will submit to you upon your reasonable request), and the right to fictionalize same, and to portray, impersonate or simulate me in any way whatsoever, and to make use of any incidents or episodes of my life that have occurred, factually, or any combination thereof, in the preparation, production, performance, broadcast, exhibition, distribution and exploitation of one or more motion pictures or other productions or works based in whole or in part upon the Life Story, and any ancillary and allied rights therein and thereto (hereinafter all of said motion pictures, productions and works, and the ancillary and allied rights therein and thereto being collectively referred to as the "Productions"), subject to the terms and conditions of the Agreement. Notwithstanding the foregoing, you shall not have the right to reveal in the productions or otherwise my true place of residence.

2.     You may employ any actor to portray me in the Productions and you may include in the Productions such actual and/or fictional incidents, scenes, situations, dialogue, events, characters and other material as you, in your sole discretion shall determine.

3.     The Productions, and any parts thereof, may be broadcast, exhibited, distributed and exploited in any media, now known, or hereafter devised, throughout the world, in perpetuity, without any obligation of any kind whatsoever to me. This grant shall apply and extend to advertising and publicity relating to the Productions.

4.     I hereby represent and agree that I will not bring, institute or assert, or consent that others bring, institute or assert, any claim or action against you or your successors, licensees, agents or assigns on the grounds that anything contained in the Productions, or the advertising and publicity issued in connection therewith, is defamatory,

reflects adversely on me, violates any other rights whatsoever, including, without limitation, rights of privacy and publicity, and I hereby release you and your successors, licensees, agents and assigns from and against any claims, demands, actions, causes of action, suits, costs, expenses, liabilities and damages whatsoever that I may now or hereafter have against you or your successors, licensees, agents or assigns, in connection with the Productions and the preparation, production, performance, broadcast, exhibition, distribution and/or exploitation thereof, or any other use or exploitation of the rights granted to you hereunder.

5.      I represent and warrant that I am free to enter into this agreement and grant to you all rights herein granted and to release all matters herein released; that I have not entered into any agreements or commitments inconsistent with the provisions of this agreement and I will not enter into any such agreements or commitments; that I have in no way conveyed, transferred, hypothecated, assigned or otherwise disposed of the rights granted hereunder or matters released hereunder to any person, firm or corporation; and that I have not done or permitted to be done any act or thing by which any of the rights granted hereunder have been or would in any way be impaired or diminished.

6.      Nothing contained herein shall in any way obligate you to use any of the rights granted hereunder or to prepare, produce, exhibit, distribute or exploit any Productions, or to otherwise use any of the rights granted herein.

7.      You shall not be obligated to obtain any further consent from me, or make any additional payment to me (except as specifically set forth in the Agreement), to exercise any or all the rights granted to you hereunder.

8.      You shall have the right to assign this agreement, and any of your rights hereunder, in whole or in part, to any person, firm or corporation, but no such assignment shall relieve you of your obligations hereunder unless the assignee is a major motion picture studio, mini-major motion picture studio or network or other party of equivalent financial responsibility to me and which assumes such obligations to me in writing.

9.      Nothing contained herein shall be construed to be or operate in derogation or limitation of any rights to which you may be entitled as a member of the public even if this agreement was not in existence.

AGREED TO AND ACCEPTED:          Very truly yours,

CHILDREN AT PLAY, INC.

By: _Robert Morgan_

Its: _Asst. Secretary_

_Gregory Withrow_

GREGORY WITHROW

- 2 -

503.50.1                                                                    DD/JS
December 7, 1995                                                        GW1101.A03

## EXHIBIT "A-1"

## RELEASE

Date: As of October 19, 1995

To:     Children At Play, Inc.
        c/o Ziffren, Brittenham, Branca & Fischer
        2121 Avenue of the Stars, 32nd Floor
        Los Angeles, CA 90067

Reference is made to that certain agreement ("Agreement") dated as of October 19, 1995 between you and GREGORY WITHROW ("Withrow") relating to your option to acquire certain exclusive rights in and to the life story of Withrow (the "Life Story").

1.      For good and valuable consideration, receipt and adequacy of which is hereby acknowledged, during the option period, as the same may be extended, and in the event you exercise your option pursuant to the Agreement, I hereby irrevocably grant to you, your successors, licensees, agents and assigns, perpetually, exclusively and throughout the universe, the right to use my name, approved likeness, characteristics and approved biography (which I will submit to you upon your reasonable request), and the right to fictionalize same, and to portray, impersonate or simulate me in any way whatsoever, and to make use of any incidents or episodes of my life that have occurred, factually, or any combination thereof, in the preparation; production, performance, broadcast, exhibition, distribution and exploitation of one or more motion pictures or other productions or works based in whole or in part upon the Life Story, and any ancillary and allied rights therein and thereto (hereinafter all of said motion pictures, productions and works, and the ancillary and allied rights therein and thereto being collectively referred to as the "Productions"), subject to the terms and conditions of the Agreement. Notwithstanding the foregoing, you shall not have the right to reveal in the productions or otherwise my true place of residence.

2.      You may employ any actor to portray me in the Productions and you may include in the Productions such actual and/or fictional incidents, scenes, situations, dialogue, events, characters and other material as you, in your sole discretion shall determine.

3.      The Productions, and any parts thereof, may be broadcast, exhibited, distributed and exploited in any media, now known, or hereafter devised, throughout the world, in perpetuity, without any obligation of any kind whatsoever to me. This grant shall apply and extend to advertising and publicity relating to the Productions.

4.      I hereby represent and agree that I will not bring, institute or assert, or consent that others bring, institute or assert, any claim or action against you or your successors, licensees, agents or assigns on the grounds that anything contained in the

Productions, or the advertising and publicity issued in connection therewith, is defamatory, reflects adversely on me, violates any other rights whatsoever, including, without limitation, rights of privacy and publicity, and I hereby release you and your successors, licensees, agents and assigns from and against any claims, demands, actions, causes of action, suits, costs, expenses, liabilities and damages whatsoever that I may now or hereafter have against you or your successors, licensees, agents or assigns, in connection with the Productions and the preparation, production, performance, broadcast, exhibition, distribution and/or exploitation thereof, or any other use or exploitation of the rights granted to you hereunder.

5.      I represent and warrant that I am free to enter into this agreement and grant to you all rights herein granted and to release all matters herein released; that I have not entered into any agreements or commitments inconsistent with the provisions of this agreement and I will not enter into any such agreements or commitments; that I have in no way conveyed, transferred, hypothecated, assigned or otherwise disposed of the rights granted hereunder or matters released hereunder to any person, firm or corporation; and that I have not done or permitted to be done any act or thing by which any of the rights granted hereunder have been or would in any way be impaired or diminished.

6.      Nothing contained herein shall in any way obligate you to use any of the rights granted hereunder or to prepare, produce, exhibit, distribute or exploit any Productions, or to otherwise use any of the rights granted herein.

7.      You shall not be obligated to obtain any further consent from me, or make any additional payment to me (except as specifically set forth in the Agreement), to exercise any or all the rights granted to you hereunder.

8.      You shall have the right to assign this agreement, and any of your rights hereunder, in whole or in part, to any person, firm or corporation, but no such assignment shall relieve you of your obligations hereunder unless the assignee is a major motion picture studio, mini-major motion picture studio or network or other party of equivalent financial responsibility to me and which assumes such obligations to me in writing.

9.      Nothing contained herein shall be construed to be or operate in derogation or limitation of any rights to which you may be entitled as a member of the public even if this agreement was not in existence.

AGREED TO AND ACCEPTED:          Very truly yours,

CHILDREN AT PLAY, INC.

By: *Robert Morgan*

Its: *Asst. Secretary*

, *Maria Withrow*

MARIA WITHROW

- 2 -

503.50.1
December 7, 1995

DD/JS
GW1101.A03

### EXHIBIT "A-2"

### RELEASE

Date: As of October 19, 1995

To:  Children At Play, Inc.
c/o Ziffren, Brittenham, Branca & Fischer
2121 Avenue of the Stars, 32nd Floor
Los Angeles, CA 90067

Reference is made to that certain agreement ("Agreement") dated as of October 19, 1995 between you and GREGORY WITHROW ("Withrow") relating to your option to acquire certain exclusive rights in and to the life story of Withrow (the "Life Story").

1.    For good and valuable consideration, receipt and adequacy of which is hereby acknowledged, during the option period, as the same may be extended, and in the event you exercise your option pursuant to the Agreement, I hereby irrevocably grant to you, your successors, licensees, agents and assigns, perpetually, exclusively and throughout the universe, the right to use my name, approved likeness, characteristics and approved biography (which I will submit to you upon your reasonable request), and the right to fictionalize same, and to portray, impersonate or simulate me in any way whatsoever, and to make use of any incidents or episodes of my life that have occurred, factually, or any combination thereof, in the preparation, production, performance, broadcast, exhibition, distribution and exploitation of one or more motion pictures or other productions or works based in whole or in part upon the Life Story, and any ancillary and allied rights therein and thereto (hereinafter all of said motion pictures, productions and works, and the ancillary and allied rights therein and thereto being collectively referred to as the "Productions"), subject to the terms and conditions of the Agreement.

2.    You may employ any actor to portray me in the Productions and you may include in the Productions such actual and/or fictional incidents, scenes, situations, dialogue, events, characters and other material as you, in your sole discretion shall determine.

3.    The Productions, and any parts thereof, may be broadcast, exhibited, distributed and exploited in any media, now known, or hereafter devised, throughout the world, in perpetuity, without any obligation of any kind whatsoever to me. This grant shall apply and extend to advertising and publicity relating to the Productions.

4.    I hereby represent and agree that I will not bring, institute or assert, or consent that others bring, institute or assert, any claim or action against you or your successors, licensees, agents or assigns on the grounds that anything contained in the Productions, or the advertising and publicity issued in connection therewith, is defamatory, reflects adversely on me, violates any other rights whatsoever, including, without limitation, rights of privacy and publicity, and I hereby release you and your successors, licensees,

agents and assigns from and against any claims, demands, actions, causes of action, suits, costs, expenses, liabilities and damages whatsoever that I may now or hereafter have against you or your successors, licensees, agents or assigns, in connection with the Productions and the preparation, production, performance, broadcast, exhibition, distribution and/or exploitation thereof, or any other use or exploitation of the rights granted to you hereunder.

5.      I represent and warrant that I am free to enter into this agreement and grant to you all rights herein granted and to release all matters herein released; that I have not entered into any agreements or commitments inconsistent with the provisions of this agreement and I will not enter into any such agreements or commitments; that I have in no way conveyed, transferred, hypothecated, assigned or otherwise disposed of the rights granted hereunder or matters released hereunder to any person, firm or corporation; and that I have not done or permitted to be done any act or thing by which any of the rights granted hereunder have been or would in any way be impaired or diminished.

6.      Nothing contained herein shall in any way obligate you to use any of the rights granted hereunder or to prepare, produce, exhibit, distribute or exploit any Productions, or to otherwise use any of the rights granted herein.

7.      You shall not be obligated to obtain any further consent from me, or make any additional payment to me (except as specifically set forth in the Agreement), to exercise any or all the rights granted to you hereunder.

8.      You shall have the right to assign this agreement, and any of your rights hereunder, in whole or in part, to any person, firm or corporation, but no such assignment shall relieve you of your obligations hereunder unless the assignee is a major motion picture studio, mini-major motion picture studio or network or other party of equivalent financial responsibility to me and which assumes such obligations to me in writing.

9.      Nothing contained herein shall be construed to be or operate in derogation or limitation of any rights to which you may be entitled as a member of the public even if this agreement was not in existence.

AGREED TO AND ACCEPTED:          Very truly yours,

CHILDREN AT PLAY, INC.

By: _____          Signature _____

Its: _____          Print Name, Address and Phone: _____

                                       _____

                                       _____

                                       _____

- 2 -

## EXHIBIT "B"

## SHORT FORM OPTION

The undersigned, for value received, hereby grants to CHILDREN AT PLAY, INC. and its successors and assigns (herein called "Assignee"), the sole and exclusive option to purchase all rights set forth in the Agreement (as hereinafter defined) to the life story of GREGORY WITHROW and the personal release relating to same from Maria Withrow and such other parties as Assignee deems necessary (all of said rights are hereinafter called the "Work") as more particularly set forth and upon and subject to the terms and conditions in that certain agreement between the undersigned and said Assignee dated as of October 19, 1995 (the "Agreement").

Assignee is also hereby empowered to bring, prosecute, defend and appear in suits, actions and proceedings of any nature under or concerning all rights including any copyrights, if applicable, in and to said Work or concerning any infringement thereof, or interference with any of the rights hereby granted pursuant to the Agreement, in its own name, but at the expense of Assignee, and, at its option, Assignee may join the undersigned as a party plaintiff or defendant in any such suit, action or proceeding.

DATED: _12 - 14 - 95_

_Gregory Withrow_
GREGORY WITHROW

## EXHIBIT "C"

## SHORT FORM ASSIGNMENT

The undersigned, for value received, hereby sells, grants, assigns and sets over unto CHILDREN AT PLAY, INC. and its successors and assigns (herein called "Assignee"), all rights set forth in the Agreement (as hereinafter defined) in and to the life story of GREGORY WITHROW and the personal release relating to same from Maria Withrow and such other parties as Assignee deems necessary (all of said rights are hereinafter called the "Work") as more particularly set forth and upon and subject to the terms and conditions in that certain agreement between the undersigned and said Assignee dated as of October 19, 1995 (the "Agreement).

Assignee is also hereby empowered to bring, prosecute, defend and appear in suits, actions and proceedings of any nature under or concerning all rights including any copyrights, if applicable, in and to said Work, or concerning any infringement thereof, or interference with any of the rights hereby granted pursuant to the Agreement, in its own name, but at the expense of Assignee, and, at its option, Assignee may join such copyright proprietor or the undersigned as a party plaintiff or defendant in any such suit, action or proceeding.

DATED: $12-14-95$

GREGORY WITHROW

## EXHIBIT "D"

I, JAMES M. LEONARD, an attorney licensed to practice law in the State of California, hereby represent and warrant that the person personally known to me to be Gregory Withrow personally executed that certain agreement to which this exhibit is attached ("Rights Agreement") dated as of October 19, 1995 between CHILDREN AT PLAY PRODUCTIONS, INC. ("Producer") and GREGORY WITHROW ("Withrow") and the applicable exhibits attached thereto with respect to the life story rights of Withrow granted to Producer pursuant to and in accordance with said Rights Agreement.

I further represent and warrant that the person known to me to be Maria Withrow personally executed that certain personal release attached as Exhibit "A-1" to the Rights Agreement.

Dated: 12 | 18 | 95

JAMES M. LEONARD

Viacom Productions
100 Universal City Plaza
Bldg. 65
Universal City  CA 91608 1097

Viacom International Inc.



Mr. Greg Withrow
2691 Pine Crest Rd.,
Oroville,
CA 95966



To Greg,
from Mike Farrell

**VIACOM**
ENTERTAINMENT



100 Universal City Plaza
Universal City  CA 91608 1097
818 777 2020

Dear Greg,

Ignore the stationery and the address, please, at
it is temporary.  The old address still holds, this
is the company we're doing our latest picture for, so
we have offices here while we're setting up.  We'll actually
be preparing and shooting in Canada, so we're leaving for
there next week, I think.

I'm sorry it has taken me so long to get back to you, but
with the amount of traveling I've been doing added to the
craziness of getting this project going, things have been
even crazier than usual.

You wanted some feedback on your script.  First of all, con-
gratulations on getting it set up with Bob Solo.  I've met
him a couple of times, don't know him well, but assume you'll
get a solid, professionally done picture out of the bargain.

I thought your version of the script was pretty good in some
respects, but had problems that I think would have to be
dealt with in another re-write.  I was glad to see that you
put in elements that didn't appear in the other script, which
enriched it.  On the other hand, I thought your dialogue was
over written and often what we call "on the nose."  That means
it says flat out what you want communicated, without any grace
or spin on it.  People don't generally communicate that way,
but quite often writers who don't have  lot of experience fall
into that trap.

Also, I found the script, as written, to be relentless.  My
sense was that one would have to find a way to leaven it or
it would simply be too much for an audience to sit still for.
Finding a way to give more dimension to the main character
would also help us empathize more with him, I think.

The other problem I had with it hat I can recall now, is one
of not believing (or understanding) the change in the charac-
ter.  The concern for the fellow who was being so brutalized
seemed to come out of nowhere, Now that I think of it, I
also began to feel at about that time that the violence was
getting out of hand to the point that someone, somehow, would
have to react to it.

Anyway, as I said, I thought there were good points and bad
points to it.  The education for you as a writer now will be
to watch what another writer does with it - assuming Solo is

going to bring one on - and learn from the process.

I sure wish you well with the project.  As you know, it's a story I've always believed in.

Take care.

Best,

Mike Farrell