# Skinhead reveals betrayal of movement was all a ploy

**By Kelly Thornton**
STAFF WRITER

Greg Withrow's story was good enough for a movie.

Rising star in the skinhead movement — groomed by widely known Fallbrook racist Tom Metzger — falls in love, renounces his white-supremacist philosophies on TV talk shows and, as a result, is crucified — literally — by the same skinheads he'd recruited and then betrayed.

The tale was spun repeatedly in the late 1980s by newspapers, television and *People* magazine. Actor Woody Harrelson bought the rights to make Withrow's life into a movie. There was even a possible book deal.

His fame grew as he preached anti-hate messages on behalf of the Anti-Defamation League and other organizations in San Diego and around the country. Leaders wrote glowing reports, calling Withrow "brave" and "courageous."

He even testified in favor of hate-crime laws in 1993 before the state Senate Judiciary Committee.

Now, 14 years after his conversion, Withrow says it was a hoax. That he ordered those skinheads to tie him to a board and drive nails through his hands, and to slash his throat with a razor on Aug. 8, 1987. Why? So he could act as a double agent and "infiltrate" civil rights organizations and the government and "report back to my own race."

And, so he could reverse hate-crime laws and free his cohorts.

"I would suffer a thousand crucifixions if it meant the freeing of but one of my soldiers," the 40-year-old bricklayer said during an interview Thursday from his home in Oroville.

A lawsuit filed in Butte County on the 14th anniversary of his crucifixion demands that California hate-crime legislation be overturned and "political prisoners" convicted of hate crimes be released. Withrow contends the legislation is based on his perjured testimony.

"The only way to get our people to be heard was for me to go in as a lone wolf and infiltrate those Senate judiciary hearings and at a later time attempt to overthrow these very same laws," Withrow said in the interview.

Acting as his own attorney, Withrow identified for the first time the men he says crucified him: brothers Rick and Roger McKrill, Dane Peterson and Duane Nutt, according to the lawsuit. He said the men, who were never prosecuted, were part of his plan.

"I did nothing different than what Jesus Christ did," Withrow wrote in the complaint. "I went throughout the land telling lies, and afterward allowed myself to be crucified. ... I ordered them to do it and to keep their mouths shut. They all have done so. Hence, I shall never press charges against them."

"The breaking of my bones was genuine, the breaking of the jaw in four places, the broken nose, the cracked ribs, the slit throat and the nailing of my hands was authentic. The pain was also real," Withrow said in the complaint.

Withrow said his marriage to a Mexican woman — a relationship that came years after the romance that supposedly inspired him to convert — was part of his deception. He is on probation for spousal abuse stemming from his wife's discovery of the racist plot, he said. "I loved her as one might love a dog or a slave."

The lawsuit names the Southern Poverty Law Center, the Anti-Defamation League of B'nai B'rith, the National Association for the Advancement of Colored People, the FBI, the state Senate Judiciary Committee, Gov. Gray Davis and other politicians.

Withrow's suit seeks $32 million in damages for those convicted of hate crimes, and for Metzger, his former mentor, who lost his house and business after a civil jury found him responsible for inciting skinheads to fatally beat an Ethiopian immigrant in Oregon.

Metzger hasn't spoken to Withrow in years because he believed Withrow's conversion was authentic, and because he thought Withrow accused him of ordering the crucifixion.

Metzger said Withrow mailed him a copy of the lawsuit. Though he has no plans to reconcile with his former protege, he does feel vindicated.

"I'm really happy that he finally, after all these years of saying I nailed him to a cross and cut his throat, admitted I had nothing to do with it," Metzger said.

Those who were once convinced by Withrow are shocked and saddened.

"I was fairly astonished when I read Mr. Withrow's complaint," said James McElroy, a San Diego attorney for the Southern Poverty Law Center and the Anti-Defamation League. "It obviously is very disjointed and he does not sound terribly coherent and I'm sure it's a case that will be dismissed pretty quickly."

He added, "this guy changes sides more than most people change their underwear."

Morris Casuto, head of the Anti-Defamation League in San Diego, said, "How sad, how pathetic. Poor Greg Withrow. He sounds like a lonely man trying to get back into the good graces of a bad crowd."

The league carefully checked Withrow's background, Casuto said, "and were not only satisfied that he was credible and truthful about his having left the movement, but the reality is that when he spoke to audiences, he in fact sent the correct anti-racist anti-extremist anti-bigotry messages."

EXHIBIT (I)
SAN DIEGO UNION-TRIBUNE.
AUGUST 25th 2001.

The San Diego Union-Tribune.

KELLY THORNTON
STAFF WRITER

P.O. BOX 120191, SAN DIEGO, CALIFORNIA 92112-0191
TEL: 619-293-1887   FAX: 619-235-8916   PAGER: 619-960-1885
E-MAIL: kelly.thornton@uniontrib.com

Thornton x/86?

**The San Diego Union-Tribune.**

COPLEY NEWSPAPERS
350 CAMINO DE LA REINA
P. O. BOX 120191, SAN DIEGO, CALIFORNIA 92112-0191

PRESORTED
FIRST CLASS

U.S. POSTAGE
[illegible]
SAN DIEGO CA

SAVE A LIFE...
ADOPT A PET
Union-Tribune

XX 09-01-01 SAN DIEGO CA 921

Greg Withrow
2691 Pinecrest Rd.
Oroville, CA 95966

35966-3016-71  : AUMP

1)              MOTION FOR EMERGENCY NATO FORCES.

2)      TO PATROL THE CALIFORNIA* (GANGLAND*) MEXICAN BORDER IN

3)      ORDER TO PREVENT INCURSION BY INVASION INTO CALIFORNIA BY

4)      MEXICO, THE PAN-MEXICAN MOVEMENT* (RECONQUISTA*) and

5)      INVASION BY CENTRAL and SOUTH AMERICA. TO HALT ALL DRUG

6)      CARTELS, TO ABOLISH WHITE SLAVERY SEX TRADE INTO MEXICO,

7)      TO PREVENT GENOCIDE.

8)
9)      THIS MOTION IS HEREBY PRESENTED TO THIS COURT, To call upon
        the NORTH ATLANTIC TREATY ORGANIZATION; (NATO), to patrol
10)     The California/Mexican Border also known as Gangland. To
        bring to a halt the influx of The Drug Cartels, The kidnapping
11)     of White Children from America across the Mexican Border;
        (Southern Gangland.) whom are used in White Sex Slave Trafficking
         To prevent the FURTHER ONGOING and SELF EVIDENT GENOCIDE,
12)     upon The White Citizens of California.

13)     HEREIN LET IT BE KNOWN THAT THIS DOCUMENT IS SUBMITTED TO
        A HOSTILE COURT SYSTEM TOWARDS WHITE ETHNICS and THAT SUCH SAID
14)     COURT SYSTEM HAS SHOWN LITTLE IF ABSOLUTELY NO REMORSE. THAT
        THE BUTTE COUNTY COURT and DISTRICT ATTORNEY MIKE RAMSEY and
15)     DISTRICT ATTORNEY/JUDGE CLAIRE KIETHLEY HOLD THE LIVES OF
        ITS WHITE CITIZENS IN CONTEMPT. CMO13962.
16)     *Atty: PHILIP HIETHECKER accused KIETHLEY of being "Dishonorable"
        KIETLEY sought to strike comment from record before Judge Riley.
17)     Judge Riley agreed. Case CM013962-(SEALED). In case to against
        Plaintiff and White Aryans Freedom of Speech.

18)
        2000 to 5000 Peacekeepers from NATO are hereby requested to
19)     Patrol Gangland Border. Court having no such remorse, or being
        so utterly incompetant. This Force would be a peacekeeping
20)     force in and throughout Southern Gangland for the sole purpose
        of halting Mexican, Central and South American Drug Cartels,
21)     To slow the Invasion and halt The Reconquista, and to halt
        White Sex Slave Trafficking in White Children.

22)
                                        Under Penalty of Perjury
23)                                     The Above Mentioned
                                        is Both True and Correct.
24)
                                        [signature]
25)
                                        GREGORY STEVEN WITHROW
26)                                     AKA:GREGORY STEVEN TREMAINE
                                        AKA:THE LAST.
27)                                     DATE: Nov. 21ST 2011

28)     MOTION FOR THE REQUEST OF NATO INTERVENTION, TO CLOSE
        CALIFORNIA/MEXICAN BORDER TO PREVENT GENOCIDE of WHITES.

        WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1) MOTION TO CONFISCATE ALL HATE-LITERATURE IN POSSESSION
2) OF DEFENDANTS.
3) Due to The Severity of The Nature of The Hate-Crime and War-
4) Crime of Genocide against The White Settlers, Workers, Pioneers
5) and Aryans of California, and The Given Political Nature
6) and Criminal Nature of The Defendants,; All Hate-literature
7) is to be immediately forfeited to Local Law Enforcement.
8) If any literature in any way is to argue in favor of the
9) Genocide of The White Aryan Race, it IS HATE LITERATURE,
10) and is to be surrendered and confiscated into Legal Authority.
11) Example: And so the People of Israel went unto that land and
12) slew....Jebusites, Caananites, Philistines, Palestineans,
13) Amelekites, Ephremites, Benjamites, Assyrians, Egyptians,, Syrians, Iranians, Chaldeans, Jordanians, Phoenecians,
14) Babylonians,, etc. etc. etc. and having e slain them...."
15) Thus extolling Genocide as a National Zionist Political
16) Book. Called: BIBLE. Such are the writings of all Jews,
17) Christians and Muslims,  and The Animal Nature as Man as an
18) Animal in Mother Nature, to hide racism behind religion.
19) To HIDE GENOCIDE as a RELIGIOUS ACT. To perform such a
20) "RELIGIOUS" Act again, To accept GENOCIDE as a RELIGIOUS ACT.
21) Example: Those who had Faith in Islam on 9/11 committed
22) "A RELIGIOUS ACT." of Genocide. A Hate-Crime.The Reconquista
23) from Mexico is a "religious Act." of Genocide. The Egoitism
24) of The Self-Centered, Christian, Jew or Muslim is not
25) DIVINE LAW. But rather an Act of HATE against Mother Nature and
26) The species known as The Aryan. Being that this case is
27) Self Evident, to anyone who claims "intellect."
28)

pg. 1 of 1
WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1) MOTION TO CONFISCATE ALL HATE LITERATURE HELD BY DEFENDANTS.

2)

3) THE FOLLOWING Hate Literature is demanded for immediate
surrender: The Holy Bible. The Torah. The Maddish. The
4) Kabballah. The Koran. Satanic Literature, written by Jews and
Christians or their "religious opposites." All Hindu literature
5) not extolling The Virtues of The Caste System and Aryanism.
The Books of Scientology. The Rosiricrucians. The Urantia Book.
6) The Book of Mormon. The Books and Literature of The Jehova
Witnesses. Any and all other related HATE literature....
7) and let us not forget THE TALMUD and THE BABYLONIAN TALMUD.
and any copy of any Mayan Codex.
8)

9)

10) The Previous Above Mentioned is True and Correct
To The Best Knowledge of This Plaintiff.
11)

12)

13) /s/ Gregory Steven Withrow
GREGORY STEVEN WITHROW
14)

15) DATE: Nov. 27, 2011

16)

17)

18)

19)

20)

21)

22)

23)

24)

25)

26)

27)

28) pg. 2 of 2

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)
2)
3)
4)
5)
6)
7)
8)
9)
10)
11)
12)
13)
14)
15)
16)
17)
18)
19)
20)
21)
22)
23)
24)
25)
26)
27)
28)

MOTION TO DENY PAYCHECKS and PAYMENT TO ALL JUDGES and ~~cease~~ Sieze G.W.
POLITICIANS/ ALL John and Jane Doe Defendants and to
all previously aquired wealth by Politic or Judgeship.

    Due to The severity of The Nature of The Hate-Crime initiated against The White Inhabitants of California; i.e. GENOCIDE: All monies payed by The State to All Accused Defendants post 9/11 to the Present are to be repayed in full by all Judges and Politicians to The People, for abusing their term in Office or Bench, and all payments to all politicians and judges are to immediately cease and disist, in that such said monies payed by the White Workers were used for the Purpose of Genocide against The White Working Class, in the use of the commission of a Social Experiment of Genocide by Negligence, or by Intent, The FACT remaining an Act of Genocide upon The White Working Class and Students of The State.

    All paychecks are to cease and disist IMMEDIATELY!

                                   Under Penalty of Perjury The Above Mentioned is Both True and Correct.

                  GREGORY STEVEN WITHROW
                  *[signature]*
                  DATE NOV. 27, 2011

pg. 1 of 1

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1) MOTION TO BAN RACIAL/SOCIAL EXPERIMENTATION IN STATE.
2)    i.e. Forced integration in California.
3)    Pursuant to International Treaty and The Findings of
4) The Nuremburgh Trials, it is unlawful to engage in "Racial/
5) Social Experimentation, to the point of genocide of any
6) Peoples." *See: NAZI GERMANY.
7)    All "Social Experimentation" are hereby ordered to
8) ceased and disist within The State of California. All
9) policies of forced integration and or social manipulation are to
10) cease and disist. Non-Compliance is a Violation of The Geneva
11) Accords, International Treaty, and The Findings of The War Crime
12) Trials of Nuremburgh. Each Count: PUNISHABLE BY DEATH.
13)    Let it also hereby be known that the Illegal invaders
14) are not the Noble Tlashcala that allied with Hernan Cortez,
15) later to become Mezstizos. nor are The Illegal Invaders
16) The People of The Plains and Azatlan that General Sam Houston
17) lived with most of his life: These are not the Noble Toltecs,
18) Tepenecs, or Tezecuans, or even the Tlacapan or Acohuans.
19) These are The Chichemec. The Mashika, whose perverse War-God
20) is Mexitli and Kalkukan. These are The Aztecs, i.e "Mayans."
21) WE ARE THE ARYANS!
22) IT IS TIME!

23)  
24)                                       Under Penalty of Perjury
25)                                       The Above Mentioned is Both True and Correct.
26)                                       GREGORY STEVEN WITHROW
27)                                       Date: Nov. 27 2011
28)                         pg 1 of 1

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)                   RESTRAINING ORDER MAXIMUS.

2)                   HABEUS CORPUS WRIT.

3)

4)     ALL DEFENDANTS hereby so accused of The hate-Crime &

5)     War-Crime of Genocide, are to maintain a distance of 100 feet

6)     away from this Plaintiff, whenever and whereever legally

7)     possible.  Nor at any time during the course of this trial

8)     are to have in their possession any firearm, or any other

9)     weapon. Nor is any John and Jane Doe Defendant, or Operative

10)    thereof to approach Plaintiff's home. All firearms are to be

11)    surrendered to local law enforcement immediately..

12)       DUE TO THE SEVERE NATURE OF THIS CHARGE: The charge of

13)    Genocide; Plaintiff has reasonable cause of Action to make

14)    this demand. Plaintiff has repeatedly been threatened for his

15)    life by State and Local Government, and when crimes are committed

16)    against this Plaintiff, Plaintiff has recieved NO JUSTICE!

17)    And has been treated as beneath the Protection of The Law as

18)    has the Race of This Plaintiff, throughout Butte County. In

19)    That Plaintiff has had to fight for Life, Liberty & Happiness,

20)    The right to freedom of Speech and to form Unions. Because

21)    Plaintiff has fought against The Genocide of his Race, Plaintiff

22)    has been treated as beneath the Law by the Law.

23)    Due to the severity of The Defendants Crime and ongoing

24)    criminal Nature, The Crime of genocide: either by neglect or

25)    intention, The result in Mother Nature is Genocide. Same such

26)    said Defendants have proven themselves to be irresponcible,

27)    with Life and liberty and are a Danger to themselves, Others,

28)    To Society and The State of California.

                                            page 1 of 1

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)         RESTRAINING ORDER MAXIMUS.

2)

3)

4)

5)

6)

7)

8)

9)

10)

11)

12)

13)

14)

15)

16)                                Under Penalty of Perjury The Above

17)                                and Previous Mentioned is both True

                                     and Correct.

18)

19)                                Gregory Steven Withrow

20)                                Date: Nov. 27, 2011

21)

22)

23)

24)

25)

26)

27)

28)                       pg. 2 of 2

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1) MOTION TO PLACE DEFENDANTS CHILDREN IN CHILD PROTECTIVE SERVICE.
2)
3) Due to The Severity and Nature of The Charge of GENOCIDE, and The
4) Self Evident inability of The Politicians and Judges to Protect
5) Our Borders, and Our Society, within the State of California,
6) All those accused have shown a total disregard for the Law,
7) and as shown through their action or inaction a FACTUAL EVENT
8) IN MOTHER MATURE: GENOCIDE: by either action or inaction,
9) The Accused have UTTERLY FAILED to do their jobs, in
10) protecting The Women and Children of The State of California
11) a State of The United States of America, from protecting White
12) women and Children from The Reconquista, from Mexico and Maya
13) Major,  Hence; because of such negligence towards Our Children,
14) towards WHITE STUDENTS an atmosphere of Genocide has been Gener-
15) ated. Thus ALL CHILDREN under the age of 18, living with the
16) Defendants, called John and Jane Does, Judges and Politicians,
17) are to be taken away from this immediate danger and evacuated
18) to California's Child Protective Services to be raised by The
19) State in Foster Care or until such Time as that this matter is
20) officially remedied. That same such said children recieve proper
21) protection and  care aswards of The State.
22) The Social Experiment of Racial Integration is a FAILURE.
23)
24)
25)                              Under Penalty of Perjury
                                 The Above Mentioned is
26)                              Both True and Correct.
27)                              *signature*
28)                              GREGORY STEVEN WITHROW.

pg. 1 of 1

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)
2)                              INTERRAGORATORIE

3)      FIRST SET of QUESTIONS. ONE of ONE.
4)
5)      QUESTION: IF YOU ARE THE JUDGE OVERLOOKING THIS CASE,
        WHAT PURPOSE DO YOU SERVE THE ARYAN RACE?
6)
7)      ANSWER:
8)
9)
10)
11)
12)
13)
14)
15)
16)
17)
18)                                     Under Penalty of Perjury
                                        The Above Mentioned
19)                                     Is Both True and Correct.
20)
21)                                     GREGORY STEVEN WITHROW
22)                                     DATE: Nov 27 2011
23)
24)
25)                  pg. 1 of 1
26)
27)
28)

        WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

THE KEEPERS OF TIME.

I AM A DESCENDANT of THE TUATHA-DAIEGH-DANAAR.

THE LONGSKULLS.

WOADS.

CELTS.

THE SKULLS.

8000 Years Before Sparta, We Constructed The Megaliths.

To The Earth Mother Goddess: VENUS.

MOTHER of CUPID.

STONEHENGE.

THE CLOCKS.

IT IS TIME!

*[signature]*

GREGORY STEVEN WITHROW.

Jan. 1st 2012

THE LAST.

*[signature: The Last]*

1)                          OPENING ARGUMENT.

2)

3)          Your Honor,

4)     IGNORANCE OF THE LAW IS NO EXCUSE!

5)     This is a simple clear-cut case of Genocide, Self-Evident

6)     and Self Apparent upon its Face.

7)     A FACT EXISTING WITHIN MOTHER NATURE.

8)     As it is Self-Evident 'That All Men Are:'

9)     HYPHON!

10)    So it is Self Evident when "Men Are Not."

11)    PERIOD!

12)    EXTINCTION!

13)    GENOCIDE!

14)    TO BE OR NOT TO BE!

15)    Your Honor,

16)    Plaintiff is preparing to show, exhibit and present evidence

17)    That The United States of America, has been Illegally Invaded,

18)    and that the direct result of this Invasion from Mexico, Central

19)    and South America is Genocide.

20)    Genocide in The First, Second and Third Degree.

21)    Each punishable by Death.

22)    Concurrent to this is also Treason.

23)    Also punishable by Death.

24)    Concurrent to this is both Treason and Genocide post 9/11/2001

25)    to the Present. During a time of war. Both counts punishable

26)    by Death.

27)         Furthermore, Those accused aided and abetted in the

28)    collaboration and collusion, during the Commission of Genocide,

1) post 9/11/2001 to The Present, ALL COUNTS PUNISHABLE BY DEATH.
2)     PLAINTIFF; is Preparing to bring forth the testimony of
3) the Victims of The Mexican Reconquista. Who may possibly range
4) from Law Enforcement Officers, to Border Patrol, to average
5) citizens and White Students. As well as hundreds of thousands
6) who are covered from head to toe in tattoos, to express their
7) anguish, pain and suffering. Thus some leeway is prayed for
8) from this Court as I prepare my case against You. In that I
9) am a Pro-per/Gratis Attorney. Nor does this Plaintiff take
10) this action for personal wealth, but only out of compassion
11) for The Aryan People. Any monies obtained are to be placed into
12) a GENERAL TRUST for The Victims of The Reconquista and The
13) California Genocide.
14) Plaintiff also seeks to have The Accused brought forward
15) and let them explain "Their Truth." That they are "Innocent"
16) that they "Knew nothing" of The Invasion or Genocide. That
17) they were "only obeying orders." That they "were trying to
18) help the 'less fortunate'". That they "had no authority" or that
19) they "were just doing their jobs."
20) We have heard it all before haven't we? Irregardless...
21) History and Time has shown us the fate and destiny of such
22) Criminals, a quick and expedient Trial, and then to be
23) publicly hanged or placed in front of a ditch and a bullet
24) shot into Their Heads.
25) *See: NUREMBURGH TRIALS.
26) ALL, SO VERY, VERY LEATHAL, ALL SO VERY, VERY: LEGAL.
27)
                                    pg. 2 of 2
28)

    WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1) GENERAL STANDING: RULE OF WARTH TEST:
2) The Right to petition the Government is of parallell
3) importance, to the right of free speech, and other overlapping
4) cognate rights, contained in The First Amendment, and in
5) equivelant provisions of The California Constitution....
6) it is essential to protect the ability of those who percieve
7) themselves to be agrieved by the activities of Government
8) Authority to seek redress through all channels of Government.
9) 31. 3d. 535.

10) California Constitution,
11) Sec. 7) (a) A person may not be deprived of life, liberty or
12) property without due process of law or denied equal protection
13) of the laws.
14) The Fundemental Constitution of The United States is: The right
15) to pursue life, liberty and the pursuit of happiness.
16) Genocide as permitted by the State allows none of this.
17) All other cites of California Law and Penal Code are negated
18) by this Plaintiff, in that the State having committed the
19) act of Genocide has gone Rogue.
20) Other than to  site case 126242:
21) "Any attempt to overturn or challenge the hate-crime laws is without teeth. These are 'good' laws."
22)
23) Quote: Michael Ramsey
Acting District Attorney.
Butte County.
24) City of Oroville.
State of California.
25) Plaintiff concurs and agrees.
26)
27)
28)

3 of 3

WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1) "All too, will bear in mind this Sacred Principle, that though
2) The Will of The Majority is in All Cases to Prevail, that Will,
3) to be Rightful, must be Reasonable: That the minority possess
4) their Equal Rights, which Equal Law MUST PROTECT."
5)                 -THOMAS JEFFERSON.
6)
7)     Thus Charged with The Hate-Crime of Genocide, Politicians
8) and Judges hold no special immunity from prosecution.
9)
10)             HOW DO YOU PLEA?
11)
12)                     Under Penalty of Perjury
                    The Above Mentioned is
13)                     Both True and Correct,
                    to The Best of This
14)                     Plaintiff's Knowledge.
15)
16)                     PLAINTIFF:
17)
                    GREGORY STEVEN WITHROW.
18)               AKA: GREGORY STEVEN TREMAINE.
              AKA: THE LAST.
19)
20)
21)               IN THE YEAR OF THE DEATH OF OUR
              LORD, LEONADES, THE LION, 2492.
22)
23)
24)
25)
26)
27)
28)

    WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)         MOTION FOR STATE OR INTERNATIONAL TRIBUNAL/TRIUMPHARATE.

2)      Pursuant to The Convention on The Prevention and
3) Punishment For The Crime of Genocide, adopted by The United
4) Nations General Assembly: December 9th, 1948/*See Nuremburgh
5) Tribunals: States in Article One: GENOCIDE IS A CRIME WETHER
6) COMMITTED IN PEACE OR WAR.

7)      PUNISHMENT WILL APPLY TO: GUILTY- "Constitutionally
8) Responcible Rulers"; and PUBLIC OFFICIALS and PRIVATE
9) INDIVIDUALS.

10)     Such persons have no special immunity from prosecution,
11) nor special immunity from extradition.

12)     By lay of the law and international treaty, a "Competant
13) Tribunal" must be formed when Genocide has been committed.

14)     If this can not be made so, an International Tribunal for
15) The Hate-Crime and War-Crime of Genocide MUST be formed. This
16) Formal Request is hereby submitted Pursuant to The London
17) Agreement. Signed August 8th, 1945. FOR THE FOLLOWING:

18)     1) CRIMES AGAINST HUMANITY.

19)     2) CRIMES AGAINST PEACE.

20)     3) GENOCIDE.

21)     If a State Tribunal con not be formed within six months,
22) an INTERNATIONAL TRIBUNAL must be formed upon submission of this
23) motion.

24)     Therefore this Request is hereby submitted before this
25) Court.

26)  Pursuant to National and              Under Penalty of Perjury The
     International Law: One Tribunal,     Above Mentioned is Both True
27)  Upon the Verdict of Guilty           and Correct to The Best of
     There is no Appeal in a Case         This Plaintiff's Knowledge.
28)  for Genocide. Executions are to
     carried out immediately.

GREGORY. S. WITHROW. AKA: GREGORY S. TREMAINE. AKA: THE LAST.
WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)     MOTION FOR NATIONAL and INTERNATIONAL BOYCOTT of ALL
2) TRADE GOODS/ EXPORTS OUT OF, and IMPORTS INTO, THE REPUBLIC
3) of THE STATE of CALIFORNIA FOR THE HATE-CRIME and WAR-CRIME
4) of GENOCIDE of THE WHITE SETTLERS and PIONEERS of CALIFORNIA.
5)     All Civilized Nations and States are empowered to
6) discontinue Export and Import Trade with the State of
7) California for The Hate-Crime of Genocide of The States White
8) Population.
9)     Pursuant to National and International Treaty in The
10) Prevention of The Crime of Genocide adopted by The United
11) Nations General Assembly: December 9th, 1948.
12)     "All Trade to such a political system is criminal."
13)     "To aid and abbet a political system in the conduction of
14) Genocide by maintaining trade with such a State is criminal."
15) "To Import into a State conducting Genocide is Criminal."

16)
17)                                                     Under Penalty of Perjury
                                                     The Above Mentioned is
18)                                                 Both True and Correct To
                                                     THe Best of This
19)                                                 Plaintiff's Knowledge.

20)                                                 GREGORY STEVEN WITHROW.
21)                      AKA:    GREGORY STEVEN TREMAINE.
                     AKA:    THE LAST.
22)
23)
24)
25)
26)
27)
28)

    WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

PRE-AMBLE

1)     Your Honor,

2)     Just as Sadam Hussein recieved no "special immunity" from

3) prosecution, nor shall you. Just as Osama Bin Laden recieved no

4) "special immunity" from prosecution, nor shall you. Niether did

5) the Judges and Officials whom they influenced. All were either

6) hanged or summarily executed with a bullet to the brain, for

7) their hate-crimes and war-crimes of Genocide.

8)     Post 9/11/2001 Our Borders were left wide open to invasion

9) and have remained so. Thus making this case of Genocide an

10) ongoing one, pursuant to the Here and Now. The Present Time.

11)     You have accepted a position of responcibility and yet

12) made no moral or ethical effort to prevent this ongoing genocide.

13)     You accept and expect all the benefits of living in a

14) Western Society and repay that Society with apathy and Genocide.

15)     Their are no Political Givens within The Great State of

16) California. Only Political Constants. Genocide is one of them.

17) Which you have tolerated, ignored, took no responcibility for,

18) or exposued. In any manner, way or form, irregardless you remain

19) AN ACCESSORY TO THE FACT. A FACT WITHIN MOTHER NATURE. A FACT

20) THAT IS "SELF EVIDENT." Wether by intent or sheer negligence you

21) and those like you, must now face your fate.

22) Thus accused You are to stand trial before a State Tribunal or

23) an International Tribunal. Do You Understand The Nature of The

24) Charges Against You?

25)

26)     As Plaintiff to this Cause of Action, and as is pursuant

27)  to the guidelines layed down at the Nuremburgh Trials, Plaintiff

28)  shall begin Selection for The Tribunal. The Rank Given shall be

TRIBUNE.
WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.

1)            THE AXE OF THIS LAWSUIT.

2)          PONTIFICUS FASCES HORRIFICUS

3)      The Peoples Tribunal as opposed to that of a Military
4) Tribunal shall be composed of no less than three Tribunes, whom
5) shall hold The Axe of Life or Death.

6)      Answerable only to The Plaintiff of This Cause of Action,
7) who shall hold the Power of Veto, and the Power to appoint or
8) dismiss Tribunes.

9)      The purpose of The Peoples Tribunal is to place the Enemies
10) of The White Aryan Caucasion European Race on Trial for The
11) Crime of Genocide.  ALL ACCESSORIES TO THE CRIME, AFTER THE FACT.

12)     To give those accused, the enemies of The Aryan People and
13) The enemies of The State a Proper Trial, to find them either
14) guilty or innocent, and to have those found guilty summarily
15) executed.

16)     . All elections during the course of a Peoples Trial and
17) Tribunal are to be suspended, for being illegal, for any same
18) such said elections would be for the purpose of upholding a State
19) in the Commission of The Hate-Crime and War-Crime of Genocide.

20)     Any and all elected officials would be held under The Axe
21) of This Lawsuit, a crime punishable by Death.

22)

23)  The Axe of This Lawsuit                The Above Mentioned is
     applies only to elected                Both True and Correct
24)  officials and affects no               To The Best of This
     Initiative or Measure                  Plaintiff's Knowledge.
25)  proposed for election.

26)                                         *[signature]*
                                            GREGORY STEVEN WITHROW.
27)
                                            AKA:  GREGORY STEVEN TREMAINE.
28)
                                            AKA:  The Last. *[signature: The Last]*

       WITHROW v. CALIFORNIA for the HATE-CRIME/WAR-CRIME of GENOCIDE.